# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., | ) ) ) ) Case No. 1:21-cv-00041-JL |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AUTOSTORE AS and AUTOSTORE SYSTEM INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF STIPULATION REGARDING DEADLINES

PLEASE TAKE NOTICE that Defendants AutoStore AS and AutoStore System Inc. waived service on January 22, 2021, and in connection with those waivers, Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. and Defendants stipulated that (i) Plaintiffs will file an Amended Complaint on or before February 16, 2021, and (ii) Defendants will answer or otherwise respond by March 22, 2021, as set forth in more detail in the attached stipulation.

Dated: January 22, 2021

Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen (Bar No. 265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Garrard R. Beeney
Dustin F. Guzior
Morgan N. Schusterman
*Admitted Pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: SC-Ocado@sullcrom.com