USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Ocado Innovation Ltd. and Ocado Solutions Ltd. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:21-cv-00041 |
| AutoStore AS and AutoStore System Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AutoStore System Inc.     .

Date:    02/23/2021

/s/ Joseph A. Loy
*Attorney's signature*

Joseph A. Loy, NY No. 4300042
*Printed name and bar number*

Kirkland & Ellis LLP, 601 Lexington Avenue
New York, New York 10022

*Address*

joseph.loy@kirkland.com
*E-mail address*

(212) 446-4980
*Telephone number*

(212) 446-6460
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All counsel of record

Conventionally Served:

| | |
|---|---|
| 02/23/2021 | /s/ Joseph A. Loy |
| Date | Signature |