USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Ocado Innovation Ltd. and Ocado Solutions Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-00041 |
| AutoStore AS and AutoStore System Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AutoStore System Inc.                                                              .

Date:     03/02/2021

/s/ Gregg F. LoCascio
*Attorney's signature*

Gregg F. LoCascio (452814)
*Printed name and bar number*

Kirkland & Ellis LLP, 1301 Pennsylvania Ave, N.W.,
Washington, DC 20004

*Address*

gregg.locascio@kirkland.com
*E-mail address*

(202) 389-5290
*Telephone number*

(202) 389-5200
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

 All counsel of record

 Conventionally Served:

| 03/02/2021 | | /s/ Gregg F. LoCascio |
|---|---|---|
| Date | | Signature |