**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

OCADO INNOVATION LTD. and
OCADO SOLUTIONS LTD.,

*Plaintiffs*,

v.

AUTOSTORE AS and
AUTOSTORE SYSTEM, INC.,

*Defendants*.

Case No.: 1:21-cv-00041-JL

**DEFENDANTS' PARTIALLY RENEWED MOTION TO DISMISS**

Defendants AutoStore AS and AutoStore System Inc. (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss Ocado's willful infringement and induced infringement claims with respect to U.S. Patent Nos. 10,913,602 (the "'602 patent"); 10,901,404 (the "'404 patent"); 9,798,080 (the "'080 patent"); and 10,961,051 (the "'051 patent") (collectively, "the Asserted Patents"). Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants also move to dismiss all infringement claims with respect to the '404 patent.

Along with their Memorandum of Law, which is incorporated by reference, Defendants state as follows:

1. Ocado's willful infringement and induced infringement claims with respect to the '602 patent; the '404 patent; and the '080 patent must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because Ocado's allegations in its Amended Complaint are insufficient to support the pre-suit knowledge and egregious conduct requirements of these claims.

2. Finally, all of Ocado's infringement claims with respect to the '404 patent must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because no claims of this patent are directed to

patentable subject matter, and therefore the claims are invalid pursuant to 35 U.S.C. § 101. Additionally, Ocado's direct infringement claims with respect to the '404 patent must be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to plead sufficient facts.

3. Local Rule 7.1(a): A supporting memorandum of law is filed contemporaneously with this Motion.

4. Local Rule 7.1(c): Given the dispositive nature of this Motion, Defendants have not sought Ocado's assent.

5. Local Rule 7.1(d): Defendants believe oral argument on this Motion would assist the Court, given the complexity of the issues presented and the existence of parallel litigation.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Allow oral argument on this Motion is excess of fifteen (15) minutes;

B. Grant this Motion to Dismiss in favor of Defendants;

C. Dismiss Ocado's willful infringement and induced infringement claims with respect to the '602 patent; the '404 patent; the '080 patent; and the '051 patent with prejudice;

D. Dismiss all of Ocado's infringement claims with respect to the '404 patent with prejudice; and

E. Grant such other and further relief in favor of Defendants as may be just, equitable, and appropriate.

Dated: May 7, 2021

Respectfully Submitted,

AUTOSTORE AS,

By Its Attorneys,

*/s/ Robert R. Lucic*

Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #269462)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, PO Box 3701
Manchester, NH 03105
(603) 627-8188

rlucic@sheehan.com
bdevonshire@sheehan.com

**-and-**

AUTOSTORE SYSTEM, INC.,

By Its Attorneys,

*/s/ Robert R. Lucic*

Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #2694620
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, PO Box 3701
Manchester, NH 03105
(603) 627-8188
rlucic@sheehan.com
bdevonshire@sheehan.com

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Emily M. Scott (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
glocascio@kirkland.com
emily.scott@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jloy@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
ali-reza.boloori@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 7th day of May 2021.

/s/ *Robert R. Lucic*

Robert R. Lucic