**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

## IMPORTANT NOTICE

## PATENT CASE ATTORNEY FILING NOTICE
### (Retain for Future Reference When Filing Pleadings in Patent Case)

The Supplemental Rules for Patent Cases, Appendix B to the Local Rules, require that the parties file specific documents with the court at various time frames during the case. To that end, the clerk's office has developed some special filing events in CM/ECF for patent cases. <u>It is critically important to the court's case management responsibilities that attorneys select the correct event in CM/ECF when filing these documents.</u> Thus, below are the special events attorneys must use in a patent case when filing certain documents. Please save and refer to this notice when filing documents in a patent case.

**I. DISCOVERY PLAN/PROTECTIVE ORDER(S)**

NOTE: SPR 3.1(b) requires that, along with the Discovery Plan, the parties submit a jointly proposed protective order or competing protective orders accompanied by a memoranda (no more than 5 pages) explaining the differences between protective orders.

Please file the Discovery Plan separate from the protective order(s) and use the following events:

1. Discovery Plan: ***Other Documents/Discovery Plan***.

2. Joint Proposed Protective Order: ***Other Documents/Patent-Joint Proposed Protective Order***.

3. Individual Proposed Protective Order with Memorandum: ***Other Documents/Patent-Individual Proposed Protective Order w/Memo***. (File the proposed protective order as the main document and the memorandum as an attachment).

**II. JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

NOTE: SPR 6.1(c) requires the parties file a Joint Claim Construction and Prehearing Statement no later than 14 days after the meet and confer contemplated by SPR 6.1(b)(3).

Please file the Joint Claim Construction and Prehearing Statement using the following event: ***Other Documents/Patent-Joint Claim Construction and Prehearing Statement***.

**III. CLAIM CONSTRUCTION OPENING BRIEF AND RESPONSIVE BRIEF**

NOTE: SPR 6.1(e)(1) requires the parties file their respective Claim Construction Opening Briefs no later than 21 days after the completion of the claim construction discovery deadline. SPR 6.1(e)(2) requires each party to file a Claim Construction Responsive Brief no later than 14 days after service of the Opening Brief.

Please file these briefs using the following events:

1. Claim Construction Opening Brief: ***Other Documents/ Patent-Claim Construction Opening Brief***.

2. Claim Construction Responsive Brief: ***Other Documents/Patent-Claim Construction Responsive Brief.***