**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., ) ) ) ) Plaintiffs, ) v. ) ) AUTOSTORE AS and ) AUTOSTORE SYSTEM INC., ) ) ) Defendants. ) ) | Case No. 1:21-cv-00041-JL  **Hon. Joseph N. Laplante** |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'**
**AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT**

Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (together, "Plaintiffs"), by and through their undersigned counsel and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, move this Court to enter an Order striking the inequitable conduct affirmative defense asserted by Defendants AutoStore AS and AutoStore System Inc.'s (together, "Defendants") in their Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Second Amended Complaint, filed August 27, 2021. (*See* ECF No. 49.) As grounds for the Motion to Strike, Plaintiffs rely on their Memorandum of Law in Support of the Motion to Strike, and the exhibits thereto, which have been submitted herewith. Plaintiffs respectfully request that the Court enter the attached proposed order granting Plaintiffs' Motion to Strike.

-2-

Date:  October 1, 2021

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email:  hquillen@whatleykallas.com


Garrard R. Beeney
Marc De Leeuw
Dustin F. Guzior
Morgan N. Schusterman
Helen Andrews
Admitted *pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

*Counsel for Plaintiffs Ocado Innovation Ltd.*
*and Ocado Solutions Ltd.*