# Exhibit A

"AutoStore Logistic - Technical Presentation" available at
https://www.youtube.com/watch?v=iyVDMp2bL9c.

