**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

OCADO INNOVATION LTD. and
OCADO SOLUTIONS LTD.,

       *Plaintiffs*,

    v.

AUTOSTORE AS and
AUTOSTORE SYSTEM INC.,

       *Defendants*.

Case No.: 1:21-cv-00041-JL

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE
DEFENDANTS' AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT**

Defendants AutoStore AS and AutoStore System Inc. (collectively, "AutoStore" or "Defendants"), by and through their undersigned counsel, respectfully submit this Opposition to Plaintiffs' Motion to Strike Defendants' Affirmative Defense of Inequitable Conduct. As explained in the accompanying Memorandum of Law filed contemporaneously herewith, AutoStore's inequitable conduct allegations are properly pled and sufficient to support its inequitable conduct defense.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Deny Plaintiffs' Motion to Strike Defendants' Affirmative Defense of Inequitable Conduct;

B. Grant leave for Defendants to file an amended Answer;

C. In the alternative, if the Court grants Plaintiffs' motion to strike, do so without prejudice, allowing Defendants another opportunity to raise its defense after some fact discovery has taken place; and

D. Grant such further relief in favor of Defendants that this Court deems just and equitable.

Dated: October 15, 2021

Respectfully Submitted,

AUTOSTORE AS and
AUTOSTORE SYSTEM INC.,

By Their Attorneys,

*/s/ Robert R. Lucic*

Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #2694620)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, PO Box 3701
Manchester, NH 03105
(603) 627-8188
rlucic@sheehan.com
bdevonshire@sheehan.com

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Emily M. Scott (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
glocascio@kirkland.com
emily.scott@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
jloy@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
(213) 680-8400
ali-reza.boloori@kirkland.com

Josh Glucoft (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
(310) 552-4200

2

josh.glucoft@kirkland.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 15th day of October 2021.

/s/ *Robert R. Lucic*
Robert R. Lucic