## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

OCADO INNOVATION LTD. and    )    Case No. 1:21-cv-00041
OCADO SOLUTIONS LTD.,        )
                             )
            Plaintiffs,      )    **JURY TRIAL DEMANDED**
       v.                    )
                             )
AUTOSTORE AS and             )
AUTOSTORE SYSTEM INC.,       )
                             )
                             )
            Defendants.      )
                             )

### PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIMS

Plaintiffs Ocado Innovation Ltd. ("Ocado Innovation") and Ocado Solutions Ltd. ("Ocado Solutions"; together, "Ocado" or "Plaintiffs") hereby submit their answer in response to the counterclaims raised by AutoStore AS and AutoStore System Inc. (together, "AutoStore" or "Defendants") in their Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Complaint in Former Case No. 1:21-cv-00806-JL (Dkt. No. 1, "Counterclaims"), filed in the above-captioned case on December 10, 2021 (Dkt. No. 84).

### INTRODUCTION

Ocado denies all allegations in the Counterclaims (including those outside of the knowledge and information of Ocado) except with respect to those specific allegations expressly admitted. Under the applicable rules, no response is required to Paragraphs 72 through 93, in which AutoStore asserts ten affirmative defenses, but Ocado generally denies the allegations therein and further denies that AutoStore's affirmative defenses entitle AutoStore to any relief or absolve AutoStore of liability in this action. Unless otherwise expressly stated, Ocado herein uses the defined terms and phrases set forth in the Counterclaims.

**ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Ocado responds to the specific allegations in the Counterclaims as follows:

**NATURE OF THE ACTION**

1.      Ocado states that Paragraph 1 consists of a prefatory statement to which no response is required.  To the extent that a response is required, Ocado admits that AutoStore seeks declaratory judgments of non-infringement and invalidity of the '770 Patent, but denies that AutoStore is entitled to any relief.

**THE PARTIES**

2.      Ocado admits the allegations set forth in Paragraph 2, except lacks knowledge or information sufficient to form a belief as to the truth of the allegation regarding AutoStore AS R&D and thus denies that allegation.

3.      Ocado admits the allegations set forth in Paragraph 3.

4.      Ocado admits that Ocado Solutions Ltd. is a United Kingdom subsidiary of Ocado Group plc and that, among other things, it has responsibilities for partnering with grocery retailers to deploy systems for use by grocery retailers in various countries, including the United States.

5.      Ocado admits that Ocado Innovation Ltd. is a United Kingdom subsidiary of Ocado Group plc and that, among other things, it provides technology and research and development services.

**JURISDICTION AND VENUE**

6.      Ocado states that Paragraph 6 contains legal conclusions to which no response is required.  To the extent that a response is required, Ocado admits that, for purposes of this action alone, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) and 28 U.S.C. § 2201 and that a justiciable controversy exists between AutoStore and Ocado concerning infringement of the '770 Patent.

7.      Ocado states that Paragraph 7 contains legal conclusions to which no response is required.  To the extent that a response is required, Ocado admits that, for purposes of this action alone, this Court has personal jurisdiction over Ocado.

8.      Ocado states that Paragraph 8 contains legal conclusions to which no response is required.  To the extent that a response is required, Ocado admits that, for purposes of this action alone, venue is proper in this District.

## BACKGROUND

9.      Ocado denies the allegations of Paragraph 9, except admits that (i) AutoStore operates in the field of Automated Storage and Retrieval Systems ("AS/RS"), (ii) AutoStore has commercialized AS/RS systems, including the Red Line and Black Line systems, (iii) Paragraph 9 purports to include images relating to the Red Line and Black Line systems, (iv) in the Red Line and Black Line systems, storage bins are stacked vertically in a grid and often stored in a cubic structure, and (v) the bins in the Red Line and Black Line systems are retrieved by robots that travel on the top of the structure.

10.      Ocado denies the allegations of Paragraph 10, except admits that it filed the present action asserting, among other things, that AutoStore's Red Line and Black Line systems infringe the '770 Patent.

11.      Ocado denies the allegations set forth in Paragraph 11.

12.      Ocado denies the allegations set forth in Paragraph 12.

13.      Ocado denies the allegations set forth in Paragraph 13.

## COUNT I

### (Declaratory Judgment of Non-Infringement of the '770 Patent)

14.      Ocado incorporates by reference its responses in all of the preceding paragraphs as if set forth herein.

15. Ocado denies the allegations set forth in Paragraph 15.

16. Ocado states that Paragraph 16 contains legal conclusions to which no response is required. To the extent that a response is required, Ocado admits, for purposes of this action alone, that an actual controversy exists between AutoStore and Ocado, based at least on Ocado's filing of its Complaint alleging infringement by AutoStore of the '770 Patent.

17. Ocado denies the allegations set forth in Paragraph 17.

18. Paragraph 18 contains AutoStore's request for a declaration of non-infringement of the '770 Patent, to which no response is required. To the extent that a response is required, Ocado admits that AutoStore seeks a declaration that it has not and does not infringe, directly or indirectly, literally or under the doctrine of equivalents, any valid and enforceable claim of the '770 Patent, but denies that AutoStore is entitled to any relief.

## COUNT II

### (Declaratory Judgment of Invalidity of the '770 Patent)

19. Ocado incorporates by reference its responses in all of the preceding paragraphs as if set forth herein.

20. Ocado denies the allegations set forth in Paragraph 20.

21. Ocado states that Paragraph 21 contains legal conclusions to which no response is required. To the extent that a response is required, Ocado admits, for purposes of this action alone, that an actual controversy exists between AutoStore and Ocado, based at least on Ocado's filing of its Complaint alleging infringement by AutoStore of the '770 Patent.

22. Ocado denies the allegations set forth in Paragraph 22.

23. Paragraph 23 contains AutoStore's request for a declaration of invalidity of the '770 Patent, to which no response is required. To the extent that a response is required, Ocado admits

-4-

that AutoStore seeks a declaration that one or more of the claims of the '770 Patent are invalid for failing to meet the conditions for patentability, but denies that AutoStore is entitled to any relief.

## JURY DEMAND

24.    Paragraph 24 contains AutoStore's request for a jury trial, to which no response is required.  Ocado also requests a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Ocado denies that AutoStore is entitled to any relief and respectfully requests a judgment against AutoStore as follows:

A.    Judgment on the Counterclaims in favor of Ocado;

B.    Dismissal of the Counterclaims with prejudice; and

C.    Such other and further relief as this Court deems just and proper.

Date:  December 31, 2021

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire  03801
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email:  hquillen@whatleykallas.com

Garrard R. Beeney
Marc De Leeuw
Dustin F. Guzior
Stephen J. Elliott
Laurie N. Stempler
Alexander N. Gross
Helen F. Andrews
Morgan N. Schusterman
Admitted *pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

Laura Kabler Oswell
Admitted *pro hac vice*
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Tel:  (650) 461-5600
Fax:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com