|  |  |  |
|---|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., | ) ) ) | Case No. 1:21-cv-00041-JL |
| | ) | |
| Plaintiffs, | ) | **Hon. Joseph N. Laplante** |
| v. | ) ) | **Expedited Treatment Requested Pursuant to LR 7.1(f)** |
| AUTOSTORE AS and AUTOSTORE SYSTEM INC., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### OCADO'S MOTION TO STRIKE AUTOSTORE'S UNTIMELY PROPOSED CLAIM CONSTRUCTIONS

Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (together, "Ocado"), by and through their undersigned counsel and pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and Supplemental Patent Rules 5.1 and 6.1, move this Court to enter an Order striking the untimely proposed claim constructions asserted by Defendants AutoStore AS and AutoStore System Inc. (together, "AutoStore") in their May 20 and 24, 2022 Updated Disclosures of Proposed Terms for Construction & Evidence. As grounds for the Motion to Strike, Ocado relies on its Memorandum of Law in Support of the Motion to Strike, and the exhibits thereto, which have been submitted herewith. Pursuant to LR 7.1(c), Ocado certifies that it made a good-faith attempt to obtain concurrence in the relief sought, and AutoStore did not concur. Ocado respectfully requests that the Court enter the attached proposed order granting its Motion to Strike.

Date: May 31, 2022

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com


Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Stephen J. Elliott (admitted *pro hac vice*)
Laurie N. Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
Mark C. Bennett (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
Email: Ocado_DNH@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 461-5600
Fax: (650) 461-5700
Email: Ocado_DNH@sullcrom.com

*Counsel for Plaintiffs Ocado Innovation Ltd.*
*and Ocado Solutions Ltd.*