UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCADO INNOVATION LTD. and OCADO SOLU
Plaintiff(s)/United States

v.                                                                    Case No.  1:21-cv-00041-JL

AUTOSTORE AS and AUTOSTORE SYSTEM IN
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that Plaintiffs Ocado Innovation Ltd. and Ocado Solutions L has conventionally filed the following attachment or exhibit: Ex. F - Ocado's Preliminary Infringement Contentions .

This attachment or exhibit has not been filed electronically because:

This document contains confidential business information, which is filed under seal pursuant to Paragraph 6 of the stipulated protective order entered by the court at ECF No. 90.

Date: May 31, 2022

/s/ Henry C. Quillen
Henry C. Quillen
No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
(603) 294-1591
hquillen@whatleykallas.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:
Defendants' counsel of record via e-mail

Date: May 31, 2022

/s/ Henry C. Quillen
Henry C. Quillen
No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
(603) 294-1591
hquillen@whatleykallas.com