# EXHIBIT 8

## Bravo, Olivia I.

| | |
|---|---|
| **From:** | Bennett, Mark C. <bennettmar@sullcrom.com> |
| **Sent:** | Monday, February 7, 2022 10:41 AM |
| **To:** | #Autostore_NewHampshire; RLUCIC@sheehan.com; bdevonshire@sheehan.com |
| **Cc:** | *Ocado_DNH; Henry Quillen |
| **Subject:** | RE: Ocado Innovation Ltd., et al. v. AutoStore AS, et al., No. 1:21-cv-00041-JL (D.N.H.) |

 **> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.**

Counsel,

Please confirm that the source code is ready for review at your San Francisco office located at 555 California Street, 27th Floor.  Felix Hamilton and Ash Ziaee are prepared to begin at 9:00 AM tomorrow, continuing until the end of their review.  We will advise of when Atif Hashmi will begin his review shortly.

Thank you,
Mark

Mark C. Bennett
Sullivan & Cromwell LLP | 125 Broad Street |
    New York, NY  10004-2498
T: (212) 558-3078 | F: (212) 558-3588 | C: (718) 404-2522
bennettmar@sullcrom.com | http://www.sullcrom.com

---

**From:** Bennett, Mark C.
**Sent:** Tuesday, January 25, 2022 1:21 PM
**To:** autostore_newhampshire@kirkland.com; RLUCIC@sheehan.com; bdevonshire@sheehan.com
**Cc:** *Ocado_DNH <ocado_dnh@sullcrom.com>; Henry Quillen <hquillen@whatleykallas.com>
**Subject:** Ocado Innovation Ltd., et al. v. AutoStore AS, et al., No. 1:21-cv-00041-JL (D.N.H.)

Counsel,

Pursuant to Paragraph 9 of the Stipulated Protective Order ("Protective Order") (Dkt. No. 90), Ocado discloses Felix S. Hamilton, Atif Hashmi, and Ash Ziaee as experts or outside consultants who may view confidential information submitted in accordance with Paragraph 2 of the Protective Order.

The educational and employment history of Messrs. Hamilton, Hashmi, and Ziaee are attached to this email.

Regards,
Mark

Mark C. Bennett
Sullivan & Cromwell LLP | 125 Broad Street |
    New York, NY  10004-2498
T: (212) 558-3078 | F: (212) 558-3588 | C: (718) 404-2522
bennettmar@sullcrom.com | http://www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.