# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

OCADO INNOVATION LTD. and
OCADO SOLUTIONS LTD.,

                  Plaintiffs,

      v.

AUTOSTORE AS and
AUTOSTORE SYSTEM INC.,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:21-cv-00041-JL

**Hon. Joseph N. Laplante**

## WRITTEN STATEMENT REQUESTING ORAL ARGUMENT ON OCADO'S MOTION TO STRIKE AUTOSTORE'S UNTIMELY PROPOSED CLAIM CONSTRUCTIONS

Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (together, "Ocado"), by and through their undersigned counsel and pursuant to Local Rule ("LR") 7.1(d), request oral argument on Ocado's Motion to Strike AutoStore's Untimely Proposed Claim Constructions (Dkt. No. 99). Oral argument on this motion would assist the Court, given the issues common to both Ocado's motion and AutoStore's Motion to Partially Strike Ocado's First Supplemental Preliminary Infringement Contentions (Dkt. No. 101).

.

Date:  June 1, 2022                         Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email:  hquillen@whatleykallas.com


Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Stephen J. Elliott (admitted *pro hac vice*)
Laurie N. Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
Mark C. Bennett (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Tel:  (650) 461-5600
Fax:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com

*Counsel for Plaintiffs Ocado Innovation Ltd.*
*and Ocado Solutions Ltd.*