## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., | |
| *Plaintiffs*, | |
| v. | Case No.: 1:21-cv-00041-JL |
| AUTOSTORE AS and AUTOSTORE SYSTEM INC., | Honorable Joseph LaPlante |
| *Defendants*. | |

### AUTOSTORE'S ASSENTED TO MOTION TO SEAL EXHIBITS 1 AND 9 TO AUTOSTORE'S MOTION TO PARTIALLY STRIKE PLAINTIFFS' FIRST SUPPLEMENTAL PRELIMINARY INFRINGEMENT CONTENTIONS

Defendants AutoStore AS and AutoStore System Inc. ("collectively, "AutoStore'), by and through their undersigned counsel, moves to file under seal Exhibits 1 and 9 to AutoStore's Motion to Partially Strike Plaintiffs' First Supplemental Preliminary Infringement Contentions ("Motion to Strike"). Defendants state as follows:

1.      Exhibits 1 and 9 contain AutoStore's confidential information about the technical operation of its products, and were designated as Confidential Business Information Subject to Protective Order and Confidential Source Code—Attorney's Eyes Only Information pursuant to the protective order entered in this case (Dkt. No. 90). Accordingly, Exhibits 1 and 9 should be filed under seal.

2.      Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. Do not oppose this motion.

3.      <u>Local Rule 7.1(a)</u>:  No memorandum of law in support of this motion is necessary because of the nature of the relief sought, and because the relief sought is within the sound discretion of the Court.

4.      <u>Local Rule 7.1(c)</u>:  AutoStore's counsel met and conferred with Ocado's counsel regarding the issues raised by this Motion by way of written correspondence.

5.      <u>Local Rule 7.1(d)</u>:  Defendants do not believe oral argument on this Motion is necessary.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A.      Order that Exhibits 1 and 9 to AutoStore's Motion to Partially Strike Plaintiffs' First Supplemental Preliminary Infringement Contentions be filed under seal.

Dated: June 1, 2022

Respectfully submitted,

AUTOSTORE SYSTEM INC. and
AUTOSTORE AS,

By their attorneys,

/s/  Robert R. Lucic

Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #269462)
SHEEHAN PHINNEY BASS & GREEN PA
1000 Elm Street, PO Box 3701
Manchester, NH 03105
Telephone:  (603) 627-8188
rlucic@sheehan.com
bdevonshire@sheehan.com

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Emily M. Scott (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
glocascio@kirkland.com
emily.scott@kirkland.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
Nathaniel DeLucia (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4800
jloy@kirkland.com
nathaniel.delucia@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
Josh Glucoft (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:  (310) 552-4200
ali-reza.boloori@kirkland.com
josh.glucoft@kirkland.com

Kristina R. Cary (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 385-7500
kristina.cary@kirkland.com

*Attorneys for Defendants AutoStore AS and
AutoStore System Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this 1st day of June, 2022.

*/s/ Robert R. Lucic*

Robert R. Lucic
Bryanna K. Devonshire (NH Bar 269462)
SHEEHAN PHINNEY BASS & GREEN
1000 Elm Street, PO Box 3701
Manchester, NH 03105
Telephone:  (603) 627-8188
rlucic@sheehan.com
bdevonshire@sheehan.com
