**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00041-JL |
| v. | ) ) | |
| AUTOSTORE AS and AUTOSTORE SYSTEM INC., | ) ) ) ) | **Hon. Joseph N. Laplante** |
| Defendants. | ) ) ) | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Rule 6.1(c) of the Supplemental Patent Rules and the schedule set forth in the Order After Preliminary Pretrial Conference (Dkt. No. 80), as amended in the so-ordered Second Joint Motion to Extend Deadlines (Dkt. No. 95) and the so-ordered Third Joint Motion to Extend Deadlines (Dkt. No. 96), Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (collectively, "Ocado") and Defendants AutoStore AS and AutoStore System Inc. (collectively, "AutoStore") jointly submit their Joint Claim Construction and Prehearing Statement.

### I.    AGREED-UPON CONSTRUCTIONS

S.P.R. 5.1(a)(1), 5.1(c)(3), 6.1(a), and 6.1(b) require the parties to identify the claimed function for each claim limitation they contend is governed by 35 U.S.C. § 112(f) in their charts of proposed claim constructions, as well as the corresponding structure for each such limitation. Ocado and AutoStore agree that Claim 1 of U.S. Patent No. 10,901,404 contains limitations governed by 35 U.S.C. § 112(f).  The parties agree on the claimed function for each limitation, as follows:

| Limitation | Agreed Function |
|---|---|
| "movement optimisation unit" | determine a route of a transporting device from one location on a grid-like structure to another location on the grid-like structure for each transporting device |
| "reservation unit" | reserve a path on the grid-like structure for each transporting device based on the determined route, wherein the path reserved for each transporting device is provided such that no two transporting devices have locations on the grid-like structure which would cause transporting devices to overlap at a same time |
| "clearance unit" | provide a clearance instruction for each transporting device to traverse a portion of the reserved path |

The parties further agree on the corresponding structure for "movement optimisation unit" and "reservation unit" as follows. AutoStore does not dispute Ocado's proposed structure for these terms. However, AutoStore's position is that Ocado must nonetheless make a sufficient evidentiary showing that its proposed "structure" adequately supports the proposed "function" for these terms. AutoStore reserves the right to dispute Ocado's evidentiary showing.

| Limitation | Agreed Structure |
| --- | --- |
| "movement optimisation unit" | a computer device for local or distributed computing, including servers, processors, and computer-readable media, and also including associated networks, devices, software (including applications stored as instructions to be performed by one or more processors), and firmware, that determines optimal routes for the transporting devices by employing any of the following algorithms and techniques: branch and bound algorithms, constraint programming, local search, heuristics, graph-traversal, dynamic path learning advisor techniques, pruning techniques and Bayesian graph searching techniques, Dijikstra's algorithm, Johnson's algorithm, breadth-first recursive searches and depth-first recursive searches, weighted paths, A* search algorithm, and variants on A* search algorithm (e.g., D*, Field D*, IDA*, Fringe, Fringe Saving A*, Generalized Adaptive A*, Lifelong Planning A*, Simplified Memory Bounded A*, Jump Point Search, and Theta*), as described at '404 Pat. Fig. 4, col. 15 ll.3-4, col. 22 ll.12-25. |
| "reservation unit" | a computer device for local or distributed computing, including servers, processors, and computer-readable media, and also including associated networks, devices, software (including applications stored as instructions to be performed by one or more processors), and firmware, that reserves various paths on the grid, by providing reservations for a robot for a grid location for a span of time, such that no two robots are given overlapping reservations, as described at '404 Pat., col. 19 ll.30-40. |

## II.    PROPOSED CONSTRUCTION OF EACH DISPUTED TERM

In accordance with S.P.R. 6.1(a) and (b) and the approved schedule, the parties exchanged lists of proposed terms for construction and proposed claim constructions and conferred in good faith in an attempt to limit the list of disputed terms and narrow the parties' disputes. As a result, AutoStore and/or Ocado have collectively identified 35 terms that at least one party contends

require construction by the Court (although some of those terms may be eliminated as a result of pending motions).[1]

In accordance with S.P.R. 6.1(c)(2), attached as Exhibit A is a chart containing the disputed terms, Ocado's and AutoStore's proposed construction for each disputed term, and identification of intrinsic and extrinsic evidence cited in support of the parties' SPR 6.1(b) proposed constructions.

### III.    ANTICIPATED LENGTH OF TIME FOR CLAIM CONSTRUCTION HEARING

In accordance with S.P.R. 6.1(c)(3), the parties state that they anticipate needing a full Court day for the Claim Construction Hearing.

### IV.    PROPOSED WITNESSES

In accordance with S.P.R. 6.1(c)(4), the parties state that there are no proposed live witnesses, but the parties may use deposition testimony.

DATED:  June 3, 2022

Respectfully submitted,

| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD. | AUTOSTORE AS AND AUTOSTORE SYSTEM INC. |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ Henry C. Quillen*_____ | */s/ Robert R. Lucic*_____ |
| Henry C. Quillen (NH Bar #265420) | Robert R. Lucic (NH Bar #9062) |
| WHATLEY KALLAS, LLP | Bryanna K. Devonshire (NH Bar #269462) |
| 159 Middle Street, Suite 2C | SHEEHAN PHINNEY BASS & GREEN PA |
| Porstmouth, New Hampshire | 100 Elm Street, PO Box 3701 |
| Telephone:  (603) 294-1591 | Manchester, NH  03105 |

---

[1] The parties disagree on the number of claim terms properly in dispute.  Of the 35 disputed terms in Exhibit A, AutoStore has proposed 30 terms, and the parties have jointly proposed 5 terms for construction.  Pending before the Court are Ocado's motion to strike terms and constructions by AutoStore that Ocado contends were not timely proposed  (Dkt. No. 99) and AutoStore's motion to strike patent claim assertions that AutoStore contends are untimely (Dkt. No. 101).  The Court's resolution of the parties' motions may narrow the list of disputed terms to be construed by the Court.

Facsimile:  (800) 922-4851
hquillen@whatleykallas.com

Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Steven J. Elliott (admitted *pro hac vice*)
Laurie N. Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
Mark C. Bennett (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com

Telephone: (603) 627-8188
Email: rlucic@sheehan.com
Email: bdevonshire@sheehan.com

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Emily M. Scott (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Email: autostore_newhampshire@kirkland.com

Josepha A. Loy, P.C. (admitted *pro hac vice*)
Nathaniel L. DeLucia (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: autostore_newhampshire@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
Joshua Glucoft (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900
Email: autostore_newhampshire@kirkland.com