**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br> *Defendants*. | Case No.: 1:21-cv-00041-JL <br><br> Honorable Joseph LaPlante |

**PARTIES' JOINT STIPULATION REGARDING**
**MOTIONS TO STRIKE (DKT. NOS. 99, 101)**

WHEREAS Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. ("Ocado") filed a motion to strike certain proposed claim constructions advanced by Defendants AutoStore AS and AutoStore System, Inc. ("AutoStore") (Dkt. No. 99);

WHEREAS Defendants AutoStore filed a motion to strike claims of U.S. Patent Nos. 10,901,404 ("the '404 patent") and 11,079,770 ("the '770 patent") that Ocado asserted against AutoStore for the first time on May 16, 2022 (Dkt. No. 101); and

WHEREAS Ocado and AutoStore (together, "Parties") agreed to withdraw their respective motions (Dkt. Nos. 99 and 101) as a compromise to their respective disputes, obviating the need for the scheduled hearing on June 16, 2022, and filed a notice to that effect on June 15, 2022 (Dkt. No. 118):

In furtherance of that compromise, the Parties, by and through their respective undersigned counsel, further jointly stipulate to the following in order to resolve the outstanding disputes between them as set forth in their respective motions to strike (Dkt. Nos. 99 and 101):

1.      Each Party hereby withdraws its respective motion (Dkt. Nos. 99 and 101);

2.      With regard to the claim construction disclosures to date, each Party withdraws any objections to arguments or evidence that it contends were improperly or untimely disclosed by the other Party and/or its claim construction experts;

3.      The Parties will jointly seek leave from the Court to increase the page limits (specified in Supplemental Patent Rule ("SPR") 6.1(e)(1) and 6.1(e)(2)) for each side's opening and responsive claim construction briefs to 50 pages;

4.      The Parties will meet and confer in good faith to reach agreement on dates after the issuance of the Court's claim construction order by which Plaintiffs will decrease the number of asserted claims, and Defendants will decrease the number of asserted prior art references and

invalidity arguments.  If the parties cannot reach agreement, they may ask the Court to establish such dates and the extent by which they must narrow the asserted claims and invalidity arguments and references.  Ocado will not add additional claims of any patent-in-suit to this case except with leave of the Court for good cause shown. To the extent Ocado is permitted to add claims to the case, AutoStore reserves the right to seek to construe additional claim terms and further increase the number of pages of claim construction briefing; and

5.     As to each asserted patent other than the '404 patent, AutoStore will abide by the 10-term-per-patent limit specified in SPR 6.1(c).  With respect to the '404 patent, AutoStore reserves the right to seek leave to exceed that limit.

June 22, 2022

Respectfully submitted,

OCADO INNOVATION LTD. AND
OCADO SOLUTIONS LTD.

AUTOSTORE AS AND AUTOSTORE
SYSTEM INC.

By their attorneys,

By their attorneys,

*/s/ Dustin F. Guzior*
Henry C. Quillen (NH Bar #265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Porstmouth, New Hampshire
Telephone:  (603) 294-1591
Facsimile:  (800) 922-4851
hquillen@whatleykallas.com

*/s/ Joseph A. Loy*
Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #269462)
SHEEHAN PHINNEY BASS & GREEN PA
100 Elm Street, PO Box 3701
Manchester, NH  03105
Telephone: (603) 627-8188
Email: rlucic@sheehan.com
Email: bdevonshire@sheehan.com

Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Steven J. Elliott (admitted *pro hac vice*)
Laurie N. Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Emily M. Scott (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 389-5000
Email: autostore_newhampshire@kirkland.com

2

Mark C. Bennett (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com

Joseph A. Loy, P.C. (admitted *pro hac vice*)
Nathaniel L. DeLucia (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Email: autostore_newhampshire@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
Joshua Glucoft (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
Telephone:  (310) 552-4200
Facsimile:  (310) 552-5900
Email: autostore_newhampshire@kirkland.com

Kristina R. Cary (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone:  (617) 385-7500
Email: autostore_newhampshire@kirkland.com

*Attorneys for Defendants AutoStore AS and AutoStore System Inc.*