# EXHIBIT 6
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

       v.                                    Case No. _____

_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

    Please take notice that _____ has conventionally filed the following attachment or exhibit: _____ _____.

    This attachment or exhibit has not been filed electronically because:

Date:_____          /s/_____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____
                                              _____

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:




Date:_____      /s/_____
                                                                                     _____
                                                                                       _____
                                                                                       _____
                                                                                       _____
                                                                                       _____
                                                                                       _____
                                                                                       _____