**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., <br><br> *Plaintiffs*, <br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br><br> *Defendants*. | Case No. 21 Civ. 41 (JL) <br><br><br> **Hon. Joseph N. Laplante** |

**DECLARATION OF DUSTIN F. GUZIOR IN SUPPORT OF OCADO'S**
**OPENING CLAIM CONSTRUCTION BRIEF**

DUSTIN F. GUZIOR hereby declares under penalty of perjury as follows:

1.      I am an attorney at the law firm Sullivan & Cromwell LLP, counsel to Plaintiffs, Ocado Innovation Ltd. and Ocado Solutions Ltd. (together, "Ocado"), in the above-captioned action.  I am a member in good standing of the Bar of the State of New York and am admitted *pro hac vice* in the District of New Hampshire for purposes of this action.  I submit this declaration in support of Ocado's Opening Claim Construction Brief.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could testify competently to such facts under oath.

2.      Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,796,080.

3.      Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 10,913,602.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,961,051.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 10,901,404.

6. Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 11,079,770.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No. 10,474,140.

8. Attached as Exhibit 7 is a true and correct copy of the Declaration of Raffaello D'Andrea, Ph.D., in Support of Plaintiffs' Proposed Claim Constructions, dated May 27, 2022 (excluding appendices).

9. Attached as Exhibit 8 is a true and correct copy of the Rebuttal Declaration of Raffaello D'Andrea, Ph.D., in Further Support of Plaintiffs' Proposed Claim Constructions, dated June 24, 2022 (excluding appendix).

10. Attached as Exhibit 9 is a true and correct copy of the Sur-rebuttal Declaration of Raffaello D'Andrea, Ph.D., in Further Support of Plaintiffs' Proposed Claim Constructions, dated July 12, 2022 (excluding appendix).

11. Attached as Exhibit 10 is a true and correct copy of the Rebuttal Declaration of Stephen Derby, Ph.D., Regarding Claim Construction, dated June 24, 2022 (excluding exhibits).

12. Attached as Exhibit 11 is a true and correct copy of the Declaration of Petros Ioannou, Ph.D., dated May 27, 2022 (excluding exhibits).

13. Attached as Exhibit 12 is a true and correct copy of the Rebuttal Declaration of Petros Ioannou, Ph.D., dated June 24, 2022 (excluding exhibits).

14.     Attached as Exhibit 13 is a true and correct copy of the Sur-rebuttal Declaration of Petros Ioannou, Ph.D., dated July 12, 2022 (excluding exhibits).

15.     Attached as Exhibit 14 is a true and correct copy of the Declaration of Brian Pfeifer, Ph.D., P.E., in Support of Plaintiffs' Proposed Claim Constructions, dated May 27, 2022 (excluding appendices).

16.     Attached as Exhibit 15 is a true and correct copy of the Rebuttal Declaration of Brian Pfeifer, Ph.D., P.E., in Further Support of Plaintiffs' Proposed Claim Constructions, dated June 24, 2022 (excluding appendix).

17.     Attached as Exhibit 16 is a true and correct copy of the Sur-rebuttal Declaration of Brian Pfeifer, Ph.D., P.E., in Further Support of Plaintiffs' Proposed Claim Constructions, dated July 12, 2022 (excluding appendix).

18.     Attached as Exhibit 17 is a true and correct copy of the Declaration of Matthew Spenko, Ph.D., dated May 27, 2022 (excluding exhibits).

19.     Attached as Exhibit 18 is a true and correct copy of the Rebuttal Declaration of Matthew Spenko, Ph.D., dated June 24, 2022.

20.     Attached as Exhibit 19 is a true and correct copy of excerpts from the transcript of the July 20, 2022 Deposition of Dr. Raffaello D'Andrea.

21.     Attached as Exhibit 20 is a true and correct copy of excerpts from the transcript of the July 19, 2022 Deposition of Dr. Stephen Derby.

22.     Attached as Exhibit 21 is a true and correct copy of excerpts from the transcript of the July 22, 2022 Deposition of Dr. Petros Ioannou.

23.     Attached as Exhibit 22 is a true and correct copy of excerpts from the transcript of the July 21, 2022 Deposition of Dr. Brian Pfeifer.

24.     Attached as Exhibit 23 is a true and correct copy of excerpts from the transcript of the July 14, 2022 Deposition of Dr. Matthew Spenko.

25.     Attached as Exhibit 24 is a true and correct copy of excerpts from the Patent Trial and Appeals Board's Decision Denying Institution of *Inter Partes* Review relating to U.S. Patent No. 10,913,602, IPR2021-00798, dated Oct. 8, 2021.

26.     Attached as Exhibit 25 is a true and correct copy of excerpts from the Patent Trial and Appeals Board's Decision Denying Institution of *Inter Partes* Review relating to U.S. Patent No. 9,796,080, IPR2022-00443, dated July 20, 2022.

27.     Attached as Exhibit 26 is a true and correct copy of excerpts from The Oxford English Dictionary (7th ed. 2012).

28.     Attached as Exhibit 27 is a true and correct copy of excerpts from The American Heritage Dictionary (5th ed. 2012).

29.     Attached as Exhibit 28 is a true and correct copy of the U.S. Patent & Trademark Office's non-final rejection of U.S. Patent Appl. No. 14/899,367, dated September 22, 2016.

30.     Attached as Exhibit 29 is a true and correct copy of the patent applicant's amendments to U.S. Patent Appl. No. 14/899,367, dated March 22, 2017.

31.     Attached as Exhibit 30 is a true and correct copy of excerpts from Webster's College Dictionary (2nd re. and updated ed. 2000).

32.     Attached as Exhibit 31 is a true and correct copy of the patent applicant's amendments to U.S. Patent Appl. No. 14/910,858, dated February 7, 2018.

33.    Attached as Exhibit 32 is a true and correct copy of the U.S. Patent & Trademark Office's notice of allowance regarding U.S. Patent Appl. No. 15/905,360, dated July 9, 2020.

34.    Attached as Exhibit 33 is a true and correct copy of Exhibit 7 from the July 19, 2022 Deposition of Dr. Stephen Derby.

35.    Attached as Exhibit 34 is a true and correct copy of Exhibit 6 from the July 19, 2022 Deposition of Dr. Stephen Derby.

36.    Attached as Exhibit 35 is a true and correct copy of Exhibit 20 from the July 22, 2022 Deposition of Dr. Petros Ioannou.

37.    Attached as Exhibit 36 is a true and correct copy of excerpts from James Martin, *Programming Real-Time Computer Systems* (1965).

38.    Attached as Exhibit 37 is a true and correct copy of excerpts from Adrian Gambier, *Real-time Control Systems: A Tutorial*, in 2 2004 5th Asian Control Conference (2004).

39.    Attached as Exhibit 38 is a true and correct copy of excerpts from Rudolf F. Graf, *Modern Dictionary of Electronics* (7th ed. 1999).

40.    Attached as Exhibit 39 is a true and correct copy of excerpts from IEEE 100:  The Authoritative Dictionary of IEEE Standards Terms (7th ed. 2000).

41.    Attached as Exhibit 40 is a true and correct copy of Exhibit 14 from the July 22, 2022 Deposition of Dr. Petros Ioannou.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2022 in New York, New York.

*/s/ Dustin F. Guzior*

Dustin F. Guzior
