**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00041-JL |
| v. | ) ) | |
| AUTOSTORE AS and AUTOSTORE SYSTEM INC., | ) ) ) | **Hon. Joseph N. Laplante** |
| Defendants. | ) ) ) ) | |

**AMENDED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Rule 6.1(c) of the Supplemental Patent Rules and the schedule set forth in the Order After Preliminary Pretrial Conference (Dkt. No. 80), as amended in the so-ordered Second Joint Motion to Extend Deadlines (Dkt. No. 95) and the so-ordered Third Joint Motion to Extend Deadlines (Dkt. No. 96), Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (collectively, "Ocado") and Defendants AutoStore AS and AutoStore System Inc. (collectively, "AutoStore") jointly submit an Amended Joint Claim Construction and Prehearing Statement to reflect the issues still in dispute following recent developments, including the following:

1. On June 15, 2022, the parties agreed to withdraw certain motions to strike (Dkt. Nos. 99 & 101), including Ocado's objections to the Court's consideration of certain claims and claim terms in U.S. Patent No. 11,079,770 ("the '770 patent"). The motions to strike were pending as of the date on which the parties' original Joint Claim Construction and Prehearing Statement (Dkt. No. 107) ("Original Joint Statement") was submitted.  With respect to claims 1 and 29 of the '770 patent, the Original Joint Statement reflected only Ocado's objections to the term "one or more processors" that was the subject of Ocado's motion to strike.  In light of the Ocado's withdrawal

of its motion, Exhibit A to this Amended Joint Statement has been revised to reflect Ocado's contentions as to the construction of "one or more processors."

2. Ocado has agreed to withdraw with prejudice asserted claims 1–3, 6–9, 11–15, and 17–19 of U.S. Patent No. 10,901,404 ("the '404 patent"). In light of Ocado's withdrawal of these claims, the parties no longer request that the Court construe certain terms in those claims.

3. AutoStore also reduced the number of terms that it contends require construction in U.S. Patent No. 9,796,080 ("the '080 patent").

## I.    AGREED-UPON CONSTRUCTIONS

There are no remaining agreed-upon constructions.

## II.    PROPOSED CONSTRUCTION OF EACH DISPUTED TERM

In accordance with S.P.R. 6.1(a) and (b) and the approved schedule, the parties exchanged lists of proposed terms for construction and proposed claim constructions and conferred in good faith in an attempt to limit the list of disputed terms and narrow the parties' disputes. AutoStore and/or Ocado previously identified a number of terms that at least one party contended require construction by the Court. Following the filing of the Joint Claim Construction and Hearing Statement (Dkt. No. 107), the parties continued to meet and confer regarding outstanding claim construction disputes. Currently, 23 claim terms remain in dispute.

In accordance with S.P.R. 6.1(c)(2), attached as Exhibit A is an updated chart containing the currently disputed terms, Ocado's and AutoStore's proposed construction for each disputed term, and identification of intrinsic and extrinsic evidence cited in support of the parties' SPR 6.1(b) proposed constructions.

## III.    ANTICIPATED LENGTH OF TIME FOR
## CLAIM CONSTRUCTION HEARING

In accordance with S.P.R. 6.1(c)(3), the parties state that they anticipate needing a full Court day for the Claim Construction Hearing.

## IV.     PROPOSED WITNESSES

In accordance with S.P.R. 6.1(c)(4), the parties state that there are no proposed live witnesses, but the parties may use deposition testimony.

DATED:  August 5, 2022

Respectfully submitted,

| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD. | AUTOSTORE AS AND AUTOSTORE SYSTEM INC. |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Henry C. Quillen | /s/ Robert R. Lucic |
| Henry C. Quillen (NH Bar #265420) | Robert R. Lucic (NH Bar #9062) |
| WHATLEY KALLAS, LLP | Bryanna K. Devonshire (NH Bar #269462) |
| 159 Middle Street, Suite 2C | SHEEHAN PHINNEY BASS & GREEN PA |
| Porstmouth, New Hampshire | 100 Elm Street, PO Box 3701 |
| Telephone:  (603) 294-1591 | Manchester, NH  03105 |
| Facsimile:  (800) 922-4851 | Telephone: (603) 627-8188 |
| hquillen@whatleykallas.com | Email: rlucic@sheehan.com |
|  | Email: bdevonshire@sheehan.com |
| Garrard R. Beeney (admitted *pro hac vice*) | Gregg F. LoCascio, P.C. (admitted *pro hac vice*) |
| Marc De Leeuw (admitted *pro hac vice*) | Emily M. Scott (admitted *pro hac vice*) |
| Dustin F. Guzior (admitted *pro hac vice*) | KIRKLAND & ELLIS LLP |
| Stephen J. Elliott (admitted *pro hac vice*) | 1301 Pennsylvania Avenue, N.W. |
| Laurie N. Stempler (admitted *pro hac vice*) | Washington, D.C.  20004 |
| Alexander N. Gross (admitted *pro hac vice*) | Telephone: (202) 389-5000 |
|  | Email: autostore_newhampshire@kirkland.com |
| Mark C. Bennett (admitted *pro hac vice*) | Josepha A. Loy, P.C. (admitted *pro hac vice*) |
| SULLIVAN & CROMWELL LLP | Nathaniel L. DeLucia (admitted *pro hac vice*) |
| 125 Broad Street | KIRKLAND & ELLIS LLP |
| New York, New York 10004 | 601 Lexington Avenue |
| Telephone:  (212) 558-4000 | New York, NY 10022 |
| Facsimile:  (212) 558-3588 | Telephone: (212) 446-4800 |
| Email:  Ocado_DNH@sullcrom.com | Email: autostore_newhampshire@kirkland.com |
| Laura Kabler Oswell (admitted *pro hac vice*) | Ali-Reza Boloori (admitted *pro hac vice*) |
| SULLIVAN & CROMWELL LLP | Joshua Glucoft (admitted *pro hac vice*) |
| 1870 Embarcadero Road | KIRKLAND & ELLIS LLP |
| Palo Alto, California  94303 | 2049 Century Park East, Suite 3700 |
| Telephone: (650) 461-5600 | Los Angeles, CA  90067 |
|  | Telephone:  (310) 552-4200 |
|  | Facsimile:  (310) 552-5900 |

Facsimile:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com

Email: autostore_newhampshire@kirkland.com

Kristina R. Cary (admitted *pro hac vice*)
Tiffany Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500
Email: autostore_newhampshire@kirkland.com