# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., <br><br> Plaintiffs, <br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br> Defendants. | Case No. 1:21-cv-00041-JL <br><br> **Hon. Joseph N. Laplante** |

## OCADO'S NOTICE OF SUPPLEMENTAL AUTHORITIES

Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. (together, "Ocado"), by and through their undersigned counsel, respectfully submit this Notice of Supplemental Authorities. Enclosed, please find the following decisions that were issued by the Patent Trial and Appeal Board ("PTAB") on September 14, 2022: (i) the Decision Denying AutoStore System Inc.'s Request on Rehearing of Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 9,796,080 (Exhibit 1); and (ii) the Decision Granting Institution of *Inter Partes* Review of U.S. Patent No. 10,961,051 (Exhibit 2).

The PTAB's decisions provide additional support for Ocado's claim construction positions. Ocado will be prepared to address these matters during the September 29, 2022 claim construction hearing if the Court would like the parties to address these decisions.

| | |
|---|---|
| Date:  September 16, 2022 | Respectfully submitted,<br><br>*/s/ Henry C. Quillen*<br>Henry C. Quillen<br>New Hampshire Bar No. 265420<br>WHATLEY KALLAS, LLP<br>159 Middle Street, Suite 2C<br>Portsmouth, New Hampshire<br>Tel:  (603) 294-1591<br>Fax:  (800) 922-4851<br>Email:  hquillen@whatleykallas.com<br><br>Garrard R. Beeney<br>Marc De Leeuw<br>Dustin F. Guzior<br>Stephen J. Elliott<br>Laurie N. Stempler<br>Alexander N. Gross<br>Mark C. Bennett<br>Austin P. Mayron<br>Navraj S. Dhillon<br>*Admitted pro hac vice*<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>Email:  Ocado_DNH@sullcrom.com<br><br>*Counsel for Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd.* |