UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., <br><br> Plaintiffs, <br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br> Defendants. | ) Case No. 1:21-cv-00041-JL <br> ) <br> ) **Hon. Joseph N. Laplante** <br> ) |

**OCADO'S ASSENTED-TO MOTION TO SEAL EXHIBITS TO ITS PROPOSED SUPPLEMENTAL RESPONSES TO CERTAIN OF THE COURT'S *MARKMAN* HEARING QUESTIONS**

Plaintiffs Ocado Innovation Ltd. And Ocado Solutions Ltd. (together, "Ocado"), by and through their undersigned counsel and pursuant to LR 83.12(c), move this Court to Seal Exhibits 5, 8, 9, 10, 11, 12, 13, 18, and 19 to its Proposed Supplemental Responses to Certain of the Court's *Markman* Hearing Questions (the "Exhibits"). Notices of conventional filing were filed for these documents at Docket Numbers 140-7, 140-10, 140-11, 140-12, 140-13, 140-14, 140-15, 140-20, and 140-21, respectively. A memorandum is unnecessary for this motion because the motion raises a procedural question only and the relief requested herein is within the sound discretion of the Court. Pursuant to LR 7.1(c), Ocado has obtained the concurrence of Defendants AutoStore AS and AutoStore System Inc.

The Exhibits contain information that Defendants have designated as "confidential business information" and therefore must be filed under seal pursuant to the Stipulated Protective Order entered by the Court (Dkt. No. 90 ¶ 6). Ocado requests that the Exhibits be sealed, in their

entirety, at Level I, until further order of the Court. (*See id.* ¶ 17.) Ocado does not seek to seal this motion to seal or related docket text entries.

Date:  October 12, 2022

Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email:  hquillen@whatleykallas.com


Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Stephen J. Elliott (admitted *pro hac vice*)
Laurie N. Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
Mark C. Bennett (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

Laura Kabler Oswell (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Tel:  (650) 461-5600
Fax:  (650) 461-5700
Email:  Ocado_DNH@sullcrom.com

*Counsel for Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd.*

## CERTIFICATE OF SERVICE

      I, Henry C. Quillen, certify pursuant to LR 5.1(d) that I served the foregoing document via email on Defendants' counsel of record on today's date.

Dated: October 12, 2022　　　　　　　　　/s/ Henry C. Quillen
　　　　　　　　　　　　　　　　　　　　Henry C. Quillen