# EXHIBIT 7

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____

Plaintiff(s)/United States

v.                                              Case No.   _____

_____

Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that _____ has conventionally filed the following attachment or exhibit:   _____
_____.

This attachment or exhibit has not been filed electronically because:

Date:_____              /s/_____
                                                        _____
                                                        _____
                                                        _____
                                                        _____
                                                        _____
                                                        _____
                                                        _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Date:_____          /s/_____

_____

_____

_____

_____

_____

_____

_____