# Exhibit 1

**UNITED STATES PATENT AND TRADEMARK OFFICE**

BEFORE THE PATENT TRIAL AND APPEAL BOARD

AutoStore System Inc.,
Petitioner

v.

Ocado Innovation Limited,
Patent Owner

Case No. IPR2022-00673
Patent No. 10,961,051

# PATENT OWNER'S NON-CONTINGENT MOTION TO AMEND UNDER 37 C.F.R. § 42.121

## TABLE OF CONTENTS

**Page**

I. INTRODUCTION ... 1
II. STATEMENT OF RELIEF REQUESTED ... 2
III. THIS MOTION IS NON-CONTINGENT ... 2
IV. LEGAL STANDARDS ... 2
V. REASONABLE NUMBER OF SUBSTITUTE CLAIMS ... 3
VI. THE PROPOSED SUBSTITUTE CLAIMS RESPOND TO ISSUES RAISED IN THE PETITION OR INSTITUTION DECISION. ... 3
VII. THE PROPOSED SUBSTITUTE CLAIMS DO NOT ENLARGE THE SCOPE OF THE PATENT CLAIMS. ... 10
VIII. THE PROPOSED SUBSTITUTE CLAIMS DO NOT ADD NEW SUBJECT MATTER AND ARE SUPPORTED BY THE ORIGINAL DISCLOSURE. ... 12
IX. DUTY OF CANDOR ... 19
X. THE PROPOSED SUBSTITUTE CLAIMS ARE PATENTABLE OVER THE APPLIED ART. ... 20
A. The No Extension Limitation Ensures That the Substitute Claims Are Patentable. ... 21
B. A PHOSITA Would Not Be Motivated to Combine NO366 and WO684, and Would Not Have a Reasonable Expectation of Success in Doing So. ... 21
C. The Combination of NO366 and WO684 Fails to Disclose or Suggest the Relative Height Limitation in Each of the Substitute Claims. ... 22
D. WO684 Does Not Disclose the Lift Motor Location Limitation as Recited in Substitute Claims 19 and 22. ... 23
E. WO684 Does Not Disclose a "Wheel Lift Motor That Is Configured to Push [a] Mechanical Connection to Lower the Third Plurality of Wheels," as Recited in Substitute Claims 19 and 20. ... 23

F. Neither NO366 Nor WO684 Discloses a System "Wherein the [First/Second] Set of Rails Is Part of [the First/Second] Set of Tracks," as Recited in Substitute Claims 23 and 27. ....23

G. Neither WO684 Nor NO366 Discloses or Renders Obvious the Controller Computer Limitation of Substitute Claim 26. ....24

XI. CONCLUSION....25

**TABLE OF AUTHORITIES**

**Page(s)**

**Cases**

*Am. Nat'l Mfg. Inc.* v. *Sleep Number Corp.*,
52 F.4th 1371 (Fed. Cir. 2022) .......... 8-9

*Aqua Prods., Inc.* v. *Matal*,
872 F.3d 1290 (Fed. Cir. 2017) .......... 2, 20

*Bosch Auto. Serv. Sols., LLC* v. *Matal*,
878 F.3d 1027 (Fed. Cir. 2017) .......... 2

*Lectrosonics, Inc.* v. *Zaxcom, Inc.*,
IPR2018-01129, Paper 15 (PTAB Feb. 25, 2019) .......... 2, 3, 9, 12

Decision Denying Institution of *Inter Partes* Review in
IPR2022-00443 .......... 4, 5, 7

**Statutes**

35 U.S.C. § 316(d) .......... 1, 2

35 U.S.C. § 316(d)(1)(B) .......... 3

35 U.S.C. § 316(d)(3) .......... 10

**Other Authorities**

37 C.F.R. § 42.11 .......... 19

37 C.F.R. § 42.121 .......... *passim*

87 Fed. Reg. 60134 (Oct. 4, 2022) .......... 2

Memorandum, "Guidance on Motions to Amend in view of *Aqua Products*" (U.S.P.T.O Nov. 21, 2017) .......... 2

# PATENT OWNER'S EXHIBIT LIST

| | |
|---|---|
| Declaration of Dr. Brian Pfeifer **[WITHDRAWN]** | EX2001 |
| Information Disclosure Statement signed by the examiner in connection with prosecution of the '459 Application | EX2002 |
| U.S. Patent No. 10,913,602 | EX2003 |
| U.S. Patent No. 10,829,302 | EX2004 |
| U.S. Patent No. 10,000,337 | EX2005 |
| WIPO third-party observation submitted by AutoStore (formerly Jakob Hatteland Logistics AS) on June 4, 2015 (the "2015 TPO") | EX2006 |
| The ITC Final Initial Determination (public version) issued on December 13, 2021 | EX2007 |
| The ITC Commission Opinion (public version) issued on March 17, 2022 | EX2008 |
| PCT Appl. Pub. No. WO2019/206487 | EX2009 |
| AutoStore's Reply to the Notice of Opposition to EP Patent No. 3250481, dated April 30, 2020, https://register.epo.org/application?documentId=E4P95BT63497DSU&number=EP16700582&lng=en&npl=false | EX2010 |
| Notice of Opposition to EP Patent No. 3250481, dated December 5, 2019, https://register.epo.org/application?documentId=E349IWRO7340DSU&number=EP16700582&lng=en&npl=false | EX2011 |
| Institution Decision of *Inter Partes* Review, IPR2021-00398, issued on July 21, 2021 | EX2012 |
| AutoStore's Reply to the Notice of Opposition to EP Patent No. 3050824, dated November 30, 2020, https://register.epo.org/application?documentId=E5KUW2NU5404DSU&number=EP15152835&lng=en&npl=false | EX2013 |
| Notice of Opposition to EP Patent No. 3050824, dated July 9, 2020, https://register.epo.org/application?documentId=E4Z80B6D5548DSU&number=EP15152835&lng=en&npl=false | EX2014 |
| Second Declaration of Dr. Brian Pfeifer in Support of Patent Owner's Response | EX2015 |
| Deposition Transcript of Dr. Jason Janét, taken on December 21, 2022 | EX2016 |
| Notice of Allowance in U.S. Pat. Appl. No. 15/905,294 (Oct. 22, 2019) | EX2017 |

| | |
|---|---|
| Institution Decision of *Inter Partes* Review, IPR2022-00443, issued on July 20, 2022 | EX2018 |
| U.S. Pat. Appl. No. 17/118,334 (the "'334 Application") | EX2019 |
| GB Patent Appl. No. 1314313 ("GB313") (English translation) | EX2020 |
| Japanese Patent Appl. No. JPH10299280 | EX2021 |
| PCT Patent Appl. No. WO2015/193278 (English translation) | EX2022 |
| Chinese Patent Appl. No. CN103287776 | EX2023 |
| December 29, 2022 Email from S. Elliott to the Board | EX2024 |
| Third Declaration of Dr. Brian Pfeifer in Support of Patent Owner's Motion to Amend | EX2025 |

# I. INTRODUCTION

Pursuant to 35 U.S.C. § 316(d) and 37 C.F.R. § 42.121, Patent Owner Ocado Innovation Limited ("Patent Owner") respectfully moves the Board to cancel claims 5-8, 11, 14-15 and 18 (the "Cancelled Claims") of U.S. Patent No. 10,961,051 (the "'051 Patent") and substitute proposed claims 19-27 (the "Substitute Claims"). As required by 37 C.F.R. § 42.121(a) and the Scheduling Order (Paper 9), Patent Owner timely requested a conference with the Board in an email dated December 29, 2022 (*see* EX2024), and submits this Motion to Amend ("Motion") pursuant to the Board's authorization in the Scheduling Order. (Paper 19, 5; *see* EX3001, 1-2.)

As explained below, the proposed substitute claims satisfy the requirements for a motion to amend because they (i) are reasonable in number, (ii) are responsive to at least one ground of unpatentability, (iii) do not enlarge the scope of the claims of the patent, and (iv) do not introduce new subject matter because they are fully supported by the original disclosures. *See* 35 U.S.C. § 316(d); 37 C.F.R. § 42.121. The proposed substitute claims are patentable over the prior art relied upon by Petitioner AutoStore System Inc. ("Petitioner") for the reasons explained below and in Patent Owner's Response to the Petition.

## II. STATEMENT OF RELIEF REQUESTED

Patent Owner respectfully requests preliminary guidance from the Board on this Motion and whether to file a revised motion to amend pursuant to the Motion to Amend Pilot Program. (*See* Paper 9 (Scheduling Order), 4.) 87 Fed. Reg. 60134 (Oct. 4, 2022).

## III. THIS MOTION IS NON-CONTINGENT

This Motion is non-contingent, and Patent Owner requests that the amendments be entered regardless of the Board's patentability determination regarding the non-cancelled claims (*i.e.*, claims 1-4, 9, 12-13, and 16-17).

## IV. LEGAL STANDARDS

On a motion to amend, Patent Owner has the burden of establishing that the motion "meets the statutory and regulatory requirements set forth in 35 U.S.C. § 316(d) and 37 C.F.R. § 42.121." *Lectrosonics, Inc.* v. *Zaxcom, Inc.*, IPR2018-01129, Paper 15 at 4 (PTAB Feb. 25, 2019) (precedential). Petitioner bears the burden of "show[ing], by a preponderance of the evidence, that any proposed substitute claims are unpatentable." 37 C.F.R. § 42.121(d)(2); *Lectrosonics*, Paper 15 at 4 (citing *Aqua Prods., Inc.* v. *Matal*, 872 F.3d 1290 (Fed. Cir. 2017) (*en banc*); *Bosch Auto. Serv. Sols., LLC* v. *Matal*, 878 F.3d 1027 (Fed. Cir. 2017); Memorandum, "Guidance on Motions to Amend in view of *Aqua Products*" (USPTO Nov. 21, 2017)).

## V. REASONABLE NUMBER OF SUBSTITUTE CLAIMS

Under 35 U.S.C. § 316(d)(1)(B) and 37 CFR § 42.121(a)(3), Patent Owner may "propose a reasonable number of substitute claims for each challenged claim." *Lectrosonics*, Paper 15 at 4. The Board generally presumes that one substitute claim per challenged claim is a reasonable number. *Id.* This Motion complies with that requirement because only one Substitute Claim is proposed for each of the nine Cancelled Claims.

## VI. THE PROPOSED SUBSTITUTE CLAIMS RESPOND TO ISSUES RAISED IN THE PETITION OR INSTITUTION DECISION.

Under 37 C.F.R. § 42.121(a)(2)(i), amendments to the claims should "respond to a ground of unpatentability involved in the trial." *Id.* As discussed below, each of the proposed Substitute Claims set out in Appendix A responds to the instituted ground of unpatentability.

The Petition asserts one ground of unpatentability—that each of the 18 claims in the '051 Patent is obvious in light of International Patent Application No. WO 2014/090684 ("WO684") and Norwegian Patent Publication No. 317366 ("NO366") (the "Combination"). (*E.g.*, Pet. 16.) The Petitioner purports to show that every limitation of every claim is disclosed, either expressly or inherently, by the Combination. (*See id.* 27-87.)

The Substitute Claims address this alleged ground of unpatentability by adding the following limitation to each claim, either expressly (Substitute Claim limitations [19C], [21N], [24N], [25L])[1] or by dependency:

> wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing.

This "No-Extension" limitation requires that a side of the robot facing the X-direction on the grid *and* a side of the robot facing the Y-direction both extend no further than the pair of wheels on those sides. (*See* EX2025, ¶¶ 9-10.) *AutoStore Sys. Inc.* v. *Ocado Innovation Ltd.*, IPR2022-00443, Paper 7 (Decision Denying Institution of *Inter Partes* Review) at 15 n.4 (PTAB July 20, 2022) (EX2018) (the No-Extension limitation "requires 'a side of the external housing'" to "'extend[] no further' than the wheels on that side of the [second load handling]

[1] Citations in brackets in the form "[##(Letter)]" are to the individual limitations referenced in the claim listing in Appendix B.

device" (a cavity robot) in "either the X-direction or the Y-direction"). Support for the No-Extension limitation is disclosed, for example, in Figure 5 of the '051 Patent, which shows the wheels of the robot in both the X- and Y-directions, such that the side wall of the housing does not extend past the wheels in both directions:




(EX1001, Fig. 5; *see also id.* Figs. 6A, 6B, 7 (showing the same where both cavity robots and cantilever robots are operating on the same grid).)

The addition of the No-Extension limitation responds to the instituted ground of unpatentability because WO684 does not disclose the limitation either expressly or inherently. (EX2025, ¶ 12.) Nor does it render the limitation obvious, as the Board previously found in its Decision Denying Institution of *Inter Partes* Review in IPR2022-00443. (EX2018, 16-19, 21-25; EX2025, ¶ 13.) Indeed, WO684 *cannot* disclose this limitation because its robot requires that "at least one

of the two sets of [wheels] is arranged fully within the vehicle body." (*E.g.*, EX1005, 2:19-21.) This is depicted in Fig. 3 of WO684 (EX2025, ¶ 7):




FIG. 3

Figure 3 shows the wheels on the sides of the robot facing the Y-direction are located within the body, such that the sides facing that direction extend beyond the wheels. The specification of WO684 explains that arranging the wheels in this way is advantageous because it imparts "additional stability . . . during the [bin] lifting process," "reduces the total load on the lifting device," and "is more space efficient" as compared to cantilever robots, because the wheels "do[] not give any additional extensions in at least one of the two robots moving directions." (EX1005, 4:25-31.)

As noted above, the Board has already considered whether WO684 discloses or renders obvious the No-Extension limitation, and concluded that it does not. In

IPR2022-00443, the same Petitioner asserted that the claims of U.S. Patent No. 10,913,602 (EX2003) were anticipated or rendered obvious by WO684. (*See* EX2018, 7; EX2025 ¶ 18.) The '602 Patent is in the same family as the '051 Patent, and each of its claims includes the No-Extension limitation, either expressly or by dependency. (*See*, *e.g.*, EX2003, claim 1.)

The Board recognized that WO684 does not disclose the No-Extension limitation because, among other reasons, WO684 discloses that "at least one set of wheels is arranged fully within the vehicle body," and thus the external housing of the WO684 robot "must *necessarily* extend beyond," as opposed to "no further than," both pairs of wheels facing in Y-direction. (*See* EX2018, 16-19 (emphasis added).) After finding Petitioner's arguments "unconvincing," the Board concluded that WO684 neither expressly nor inherently discloses the No-Extension limitation. (*Id.* 17.) As to obviousness, the Board concluded that "Petitioner fail[ed] to establish" that "it would have been obvious to modify [WO684] to disclose . . . the No[-]Extension limitation[]." (*Id.* 21-22.) The Board's preliminary finding in that IPR was correct for substantially the same reasons that WO684 does not disclose or render obvious a single-space robot (which satisfies the No-Extension limitation), as explained in detail in the Patent Owner Response. (*See* POR, Section VI.C.)

Each of the Substitute Claims includes the No-Extension limitation and thus responds to the Petitioner's sole ground for unpatentability, because the Substitute Claims cannot be rendered unpatentable by the Combination of WO684 and NO366. (EX2025, ¶¶ 12-17.) Independent Substitute Claims 21, 24 and 25 expressly include the limitation, as does dependent Substitute Claim 19. The other Substitute Claims incorporate the No-Extension limitation through their dependencies—Dependent Substitute Claims 20, 22 and 23 depend from Substitute Claim 21, while dependent Substitute Claims 26 and 27 depend from Substitute Claim 25.

The other amendments in the Substitute Claims clarify certain limitations to address potential § 112 issues that Petitioner has raised in the parallel NH Litigation. Accordingly, these amendments are permissible.[2] *See Am. Nat'l Mfg.*

---

[2] Independent Substitute Claims 21, 24 and 25 also have been amended by amending the Housing Footprint Limitation ([21M], [24M], [25K]) to (1) clarify that the "housing footprint" of the first load handling device—the cantilever robot—comprises both the footprint of the housing and the footprint of the cantilever arm such that its "housing footprint" occupies two grid spaces, as is set out in the Petition (*see, e.g.*, Pet. 48-49), and (2) to further limit those Substitute claims by specifying that the area of the housing footprint determined when the

*Inc.* v. *Sleep Number Corp.*, 52 F.4th 1371, 1381 (Fed. Cir. 2022) (when proposed substitute claims include "an amendment responsive to a ground of unpatentability raised in the proceedings," Patent Owner is "free to include other amendments, including any addressing perceived §§ 101 and 112 issues"); *see also Lectrosonics*, Paper 15 at 5 (§ 42.121 "does not require . . . that every word added to or removed from a claim in a motion to amend be solely for the purpose of overcoming an instituted ground").

---

robots "start lifting" a storage container. Other amendments clarify and further narrow the claim scope of the dependent claims. Dependent Substitute Claims 19 and 20 have been amended to clarify that the wheels of the robot are raised and lowered by a wheel lift motor that is separate from the "lift motor" used to raise containers into a container receiving space., (the "Wheel Lift Motor" limitation; [19A], [20A]) and further limited by adding a limitation directed to the position of the lift motor within the robot (the "Lift Motor Position" limitation; [19B], [20B], [22B]). Dependent Substitute Claims 23 and 27 have been amended (the "Paired Rails" limitation; [23], [27]) to clarify that each track comprises paired rails consistent with Patent Owner's claim construction in this case.

## VII. THE PROPOSED SUBSTITUTE CLAIMS DO NOT ENLARGE THE SCOPE OF THE PATENT CLAIMS.

The Substitute Claims do not seek to enlarge the scope of the challenged claims under 35 U.S.C. § 316(d)(3) and 37 C.F.R. § 42.121(a)(2)(ii):

- Dependent Substitute Claim 19 (substituting for Cancelled Claim 5), which depends from claim 1, includes all of the limitations of that Cancelled Claim and adds additional limitations that narrow its scope: the No-Extension limitation [19C], the Wheel Lift Motor limitation [19A]), and the Lift Motor Position limitation [19B].

- Dependent Substitute Claim 20 (substituting for Cancelled Claim 6), depends from Substitute Claim 21 and thus includes the No-Extension limitation. Substitute Claim 20 includes all of the limitations of Cancelled Claim 6 and further narrows the scope by adding the Lift Motor Position limitation as [20B].

- Independent Substitute Claim 21 (substituting for Cancelled Claim 11) includes all of the limitations of that Cancelled Claim (including the limitations of claim 1, from which Cancelled Claim 11 depends) and narrows its scope by adding the No-Extension limitation [21N]. The scope of Substitute Claim 21 is further narrowed by amending the Housing Footprint Limitation [21M].

- Dependent Substitute Claim 22 (substituting for Cancelled Claim 7), depends from Substitute Claim 21 (and thus includes the No-Extension limitation)

and includes the limitations of that cancelled claim. It further narrows the scope (as compared to Cancelled Claim 7) by adding the Lift Motor Position limitation [22B].

- Dependent Substitute Claim 23 (substituting for Cancelled Claim 8), depends from Substitute Claim 21 (and thus includes the No-Extension limitation) and includes all the limitations of the cancelled claim. It further limits the scope by adding the Paired Rail limitation [23B].

- Independent Substitute Claim 24 (substituting for Cancelled Claim 10) includes all of the limitations of dependent claim 10 (which depends from claim 1). Substitute Claim 24 narrows claim scope (as compared to claim 10) by adding the No-Extension limitation [24N]. The scope of Substitute Claim 24 is further limited by amending the Housing Footprint limitation [24M].

- Independent Substitute Claim 25 (substituting for Canceled Claim 14) includes all of the limitations of that Cancelled Claim, and the scope is further narrowed by addition of the No-Extension limitation [25L] and a limitation (from claim 1) that requires "the top side of the second load handling device" to be "taller than the top side of the first load handling device" (the "Relative Height limitation") [25J]. The scope of Substitute Claim 24 is further limited by amending the Housing Footprint limitation to narrow its scope [25K].

- Dependent Substitute Claim 26 (substituting for Cancelled Claim 15) depends from Substitute Claim 25 (and thus includes the No-Extension limitation) and includes all of the limitations of that Cancelled Claim and further limits claim scope by adding the limitation found in claim 17 regarding use of a separate computer to "generat[e]" and "transmit[]" signals to control the robots on the grid (the "Computer Controller" limitation) [26A].

- Dependent Substitute Claim 27 (substituting for Cancelled Claim 18) depends from Substitute Claim 25 (and thus includes the No-Extension limitation) and includes all of the limitations of that Cancelled Claim. It further limits claim scope by amending the Paired Rails limitation [27].

## VIII. THE PROPOSED SUBSTITUTE CLAIMS DO NOT ADD NEW SUBJECT MATTER AND ARE SUPPORTED BY THE ORIGINAL DISCLOSURE.

The proposed substitute claims are supported by both (1) the original disclosure of the '051 Patent, *i.e.*, U.S. Pat. Appl. No. 17/118,334 (the "'334 Application") (EX2019), filed on December 10, 2020, and (2) the "earlier-filed disclosure" in the application to which the '051 Patent claims priority, *i.e.*, GB Patent Appl. No. 1314313 ("GB313") (EX2020), filed on August 9, 2013. *See Lectrosonics*, Paper 15 at 7. The chart below identifies where support for the substitute claims can be found in the '334 Application and priority application

GB313. Appendix B lists the limitation identifiers and support alongside the text of the claim limitations.

| Limitation Identifier | Support |
|---|---|
| **Substitute Claim 19** (Proposed Substitute for Claim 5) | |
| [19A] | ’334 Application: [0031], [0032], [0034], [0042], [0068], [0076], Figures 8-12<br><br>GB313: 6:32-34, 7:28-35, 10:21-24, 11:35-12:6, 12:35-13:11, Figures 8-12 |
| [19B] | ’334 Application: [0027]-[0030], [0035], [0041], [0056], [0057], [0059]-[0061], [0070], [0073], [0091], Figures 5, 6, 8, 9, 11, 12, claim 4<br><br>GB313: 6:1-9, 6:36-38, 7:21-24, 9:20-24, 9:30-35, 10:9-14, 10:34-37, 11:15-18, Figures 5, 6, 8, 9, 11, 12, |
| [19C] | ’334 Application: [0024], [0026], [0030], [0032], [0044], [0049], [0056]-[0058], [0065]-[0069], [0072], [0087], Figures 5-7, 17<br><br>GB313: 5:20-29, 5:34-39, 6:6-15, 6:26-27, 7:39-8:2, 8:26-29, 8:32-34, 9:20-35, 10:26-11:2, 11:9-12, 12:11-15, Figure 6 |
| **Substitute Claim 20** (Proposed Substitute for Claim 6) | |
| [20A] | *See* [19A] |
| [20B] | *See* [19B] |
| **Substitute Claim 21** (Proposed Substitute for Claim 11) | |
| [21A] | ’334 Application: Abstract, [0044]-[0050], [0058], [0071], [0072], claim 1, Figures 1, 7<br><br>GB313: 5:15-29, 7:39-8:37, 9:20-28, 10:20-21, 11:3-13, Figure 7 |
| [21B] | ’334 Application: [0013]-[0016], [0030], [0049], [0051]-[0054], [0058], [0071], [0072], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:21-23, 3:35-39, 6:10-15, 8:26-34, 9:3-14, 9:26-28, 11:3-13, 13:32-33, Figures 3-4, 7 |

| | |
|---|---|
| [21C] | '334 Application: [0012]-[0015], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:12-29, 3:35-38, 9:3-14, 9:26-28, 13:32-33, Figures 3-4, 7 |
| [21D] | '334 Application: [0011]-[0013], [0026]-[0027], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:4-29, 6:17-20, 9:3-14, 9:26-28, Figures 3-4, 7 |
| [21E] | '334 Application: [0012]-[0015], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:26-33, 9:3-14, 9:26-28, Figures 1, 3-4, 7 |
| [21F] | '334 Application: [0010]-[0013], [0027], [0045], [0051], [0054], [0058], Figures 1, 4, 7, claims 1, 13<br><br>GB313: 2:36-33, 3:4-33, 9:3-14, 9:26-28, Figures 1, 4, 7 |
| [21G] | '334 Application: [0016]-[0018], [0053], [0072], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 4:4-29, 9:8-10, 11:9-13, Figures 3, 5, 6(a), 6(b)<br><br>NO366 (EX1007) (incorporated by reference ('334 Application, [0013]; GB313, 3:21-32)): 4:33-36, 6:7-9, Figures 1-5 |
| [21H] | '334 Application: [0011], [0045], [0051], [0054], [0058], Figures 1, 4, 7, claims 1, 13<br><br>GB313: 3:8-10, 9:3-4, 9:12-14, 9:26-28, Figures 1, 3, 4, 7 |
| [21I] | '334 Application: [0026], [0028], [0029], [0041], [0042], [0066]-[0071], [0087], [0088], [0091], Figures 5-7, 17, claims 1, 13<br><br>GB313: 5:35-39, 6:1-15, 7:21-35, 9:20-28, 10:9-11:7, Figures 5, 6(a), 6(b), 7 |
| [21J] | '334 Application: [0030], [0071], Figure 3, 5-9, 11, 12, claim 1<br><br>GB313: 6:6-9, 11:3-7, Figure 3, 5-9, 11, 12 |

| | |
|---|---|
| [21K] | ’334 Application: [0027], [0031]-[0034], [0041], [0042], [0056]-[0061], [0065], [0068], [0069], [0073]-[0090], Figures 5, 6, 8, 9, 11, 12, 14-17, claims 1, 13<br><br>GB313: 6:17-34, 7:24-35, 9:20-10:5, 10:19-32, 11:15-12:2.12:24-13:19, Figures 5, 6, 8, 9, 11, 12, 14-16 |
| [21L] | ’334 Application: Abstract, [0026]-[0028], [0035]-[0037], [0039]-[0041], [0045]-[0049], [0056], [0057], [0060], [0066], [0069], [0073], [0078], [0088], [0089], Figures 5-9, 11, 12, claims 1, 13<br><br>GB313: 5:35-38, 6:1-4, 6:36-7:24, 8:6-34, 9:20-24, 9:33, 10:27-29, 11:15-18, 12:11-15, 13:26-30, Figures 5-8, 11, 12 |
| [21M] | ’334 Application: Abstract, [0013]-[0014], [0016], [0018], [0024]-[0026], [0027], [0030], [0044]-[0046], [0049], [0058]-[0061], [0071], Figures 2-9, 11, 12, claims 1, 13<br><br>GB313: 5:20-31, 5:38-39, 6:6-15, 7:40-8:2, 8:26-34, 9:26-35, 10:39-11:7, Figures 3-9, 11, 12<br><br>NO366 (EX1007) (incorporated by reference (’334 Application, [0013])): 2:30-31 |
| [21N] | *See* [19C] |
| **Substitute Claim 22** (Proposed Substitute for Claim 7) | |
| [22A] | ’334 Application: [0024], [0049], [0058], [0071], [0091], Figure 7, claims 1, 7, 13<br><br>GB313: 5:20-29, 8:26-34, 9:26-28, 11:3-7, 13:32-33, Figure 7 |
| [22B] | *See* [19B] |
| **Substitute Claim 23** (Proposed Substitute for Claim 8) | |
| [23A] | ’334 Application: [0024], [0044], [0049], [0058], [0071], [0091], Figure 7, claims 1, 7, 8, 13<br><br>GB313: 5:20-29, 7:39-40, 8:26-34, 9:26-28, 11:3-7, 13:32-33, Figure 7 |
| [23B] | ’334 Application: Abstract, [0027], [0031], [0042], [0045], [0068], [0076], [0085], [0090], Figures 7-12, Claims 9, 18 |

| | |
|---|---|
| | GB313: 7:28-35, 10:19-29, 11:35-12:6, 13:13-19, Figures 8-12 |
| **Substitute Claim 24** (Proposed Substitute for Claim 10) | |
| [24A] | *See* [21A] |
| [24B] | *See* [21B] |
| [24C] | *See* [21C] |
| [24D] | *See* [21D] |
| [24E] | *See* [21D] |
| [24F] | *See* [21F] |
| [24G] | *See* [21G] |
| [24H] | *See* [21H] |
| [24I] | *See* [21I] |
| [24J] | *See* [21J] |
| [24K] | *See* [21K] |
| [24L] | *See* [21L] |
| [24M] | *See* [21M] |
| [24N] | *See* [21N] |
| [24O] | ’334 Application: Figures 5-7, 10, 14-17<br><br>GB313: Figures 5-8, 11, 12 |
| **Substitute Claim 25** (Proposed Substitute for Claim 14) | |
| [25A] | ’334 Application: [0049], [0058], [0071], [0072], Figure 7, claim 13<br><br>GB313: 8:26-29, 8:29-34, 9:26-28, 11:3-7, 11:9-13, Figure 7 |
| [25B] | *See* [21C], [21D] |
| [25C] | *See* [21E], [21F] |
| [25D] | *See* 21[G] |
| [25E] | *See* [21K] |
| [25F] | *See* [21I] |
| [25H] | *See* [21K] |
| [25I] | *See* [21L] |
| [25J] | ’334 Application: [0030], [0071], Figure 3, 5-9, 11, 12, claim 1 |

| | |
|---|---|
| | GB313: 6:6-9, 11:6-7, Figure 3, 5-9, 11, 12 |
| [25K] | *See* [21M] |
| [25L] | *See* [19C] |
| [25M] | ’334 Application: [0012], [0014], [0015], [0031], [0041], [0042], [0068], [0069], [0091], Figures 3-9, 11, 12, 14-17, claims 1, 13<br><br>GB313: 3:13-19, 3:30-31, 3:38-4:2, 6:17-24, 7:21-26, 7:28-30, 10:19-24, 10:26-27, Figures 3-9, 11, 12 |
| **Substitute Claim 26** (Proposed Substitute for Claim 15) | |
| [26A] | ’334 Application: [0021], [0028], [0070], [0073], [0091] Figures 5, 17<br><br>GB313: 4:14-16, 5:5-7, 6:1-4, 9:23-24, 10:34-37, 11:19-21, Figure 6(c) |
| [26B] | ’334 Application: [0014]-[0018], [0026]-[0027], [0031]-[0032], [0041]-[0042], [0076]-[0077], [0091], Figures 3-9, 11, 12, Claims 1, 13, 15, 17<br><br>GB313: 3:13-19, 3:30-31, 3:38-4:2, 6:17-24, 7:18-30, 10:19-27, 11:19-21, Figure 3-9, 11, 12, 14 |
| **Substitute Claim 27** (Proposed Substitute for Claim 18) | |
| [27] | *See* [23] |

Without limiting the disclosure of support for any of the limitations in the Substitute Claims, the Housing Footprint limitation (*e.g.*, [21M]), as amended, recites the grid space area occupied by the footprint of a cavity robot and that of a cantilever robot at the time they start to lift a container from a stack. Support for the amended Housing Footprint limitation is found in the ’334 Application, *inter alia*, at

- Figures 6 and 7 of the '334 Application, which depict one embodiment of a cavity robot with its cavity centered over a grid space as the robot starts to lift a container, and Figure 2, which depicts a cantilever robot as it starts to lift a container.
- In the specification at [0030], which discloses that the robot's "footprint . . .is reduced compared to the cantilever designs shown in FIGS. 3A to 3C and described in NO317366" because "bulky components" are stored "above the container-receiving space."
- At [0024]-[0025], which discloses that "the present invention has been devised," among other things, because it is "desirable to reduce the size of the load handling devices" as compared to cantilever robots.
- At [0071], which discloses that "[i]t can be seen that prior art [cantilever] devices 30, although less tall, occupy two stack spaces compared to the taller but smaller-footprint devices 100 of the invention."

Support for the amended Housing Footprint limitation is found in GB313, *inter alia*,

- At Figures 5, 6 and 7 of GB313, which depict certain embodiments of a cavity robot as they start to lift a container, and in Figures 3 and 4, which depict a cantilever robot as it starts to lift a container.

- At 11:6-7 which discloses that "[i]t can be seen that prior art [cantilever] devices 30, although less tall, occupy two stack spaces compared to the taller but smaller-footprint devices 100 of the invention."
- At 6:6-9, which discloses that "[b]y arranging the bulky components [of a cavity robot] above the container-receiving space, the footprint of the [cavity robot] is reduced compared to the cantilever designs shown in Figures 3(a) to 3(c) and described in [NO366], in which the bulky components are housed in a vehicle module disposed to one side of the container-receiving space."
- At 5:27-31, which discloses that "the present invention has been devised," among other things, because it is "desirable to reduce the size of the load handling devices" as compared to cantilever robots.

## IX. DUTY OF CANDOR

Under 37 C.F.R. § 42.11, Patent Owner provides below additional art Petitioner has asserted in parallel NH Litigation with respect to the '051 Patent (the "Additional References"): Two robots developed by Petitioner called the "CBR Robot" and the "R5 Robot"; Japanese Patent Application JPH10299280 (EX2021); International Patent App. No. WO 2015/193278 (EX2022); and Chinese Patent Application 103287776A (EX2023).

These Additional References are at best cumulative of the Combination for at least the following reasons: *First*, the CBR Robot corresponds to an embodiment of the robot disclosed in WO684, while the R5 Robot corresponds to an embodiment of the robot disclosed in NO366; they are thus cumulative of the references in the Petition. *Second*, International Patent App. No. WO 2015/193278 is not prior art to the ’051 Patent, as its earliest priority date (June 19, 2014) is after the priority date of the ’051 Patent (August 9, 2013). (*Compare* EX1001, (30) *with* EX2022, (30).) *Third*, a PHOSITA would not have been motivated to combine WO684 with Japanese Patent Application JPH10299280 or Chinese Patent Application 103287776A, at least because they are directed to a different field of invention and address different technical problems.

## X. THE PROPOSED SUBSTITUTE CLAIMS ARE PATENTABLE OVER THE APPLIED ART.[3]

The burden of establishing that the substitute claims are unpatentable is on Petitioner. *Aqua Prods.*, 872 F.3d at 1327-28. Patent Owner nevertheless

---

[3] Patent Owner reserves the right to argue the patentability of the proposed claims on any other grounds or over any other prior art Petitioner may assert in its Opposition to this Motion, and to address the Board’s preliminary guidance or any intervening precedential opinion.

summarizes below how the proposed Substitute Claims are patentable over the combination of WO684 and NO366.

| **Substitute Claim** | **Section(s) of this Motion Regarding Patentability** |
|---|---|
| 19 | A, B, C, D, E |
| 20 | A, B, C, E |
| 21 | A, B, C |
| 22 | A, B, C, D |
| 23 | A, B, C, F |
| 24 | A, B, C |
| 25 | A, B, C |
| 26 | A, B, C, G |
| 27 | A, B, C, F |

### A. The No Extension Limitation Ensures That the Substitute Claims Are Patentable.

Each of the substitute claims includes the No-Extension limitation. For the reasons discussed above, *see supra* Section VI, WO684, alone or in combination with NO366, does not disclose or render obvious this limitation.

### B. A PHOSITA Would Not Be Motivated to Combine NO366 and WO684, and Would Not Have a Reasonable Expectation of Success in Doing So.

Each of the Substitute Claims is patentable over the Combination of NO366 and WO684 because a PHOSITA would not have any motivation to combine those references. There is no suggestion in either WO684 or NO366 of using both cantilever robots (the "first load handling device[s]" of the independent claims) and cavity robots (the "second load handling device[s]") together on the same grid storage system, as claimed in the '051 Patent. (EX2015, ¶ 65.) Nothing in the

prior art, including NO366 and WO684, provides any motivation for a PHOSITA to replace *some* robots of one type with robots of a *different type* of robots for simultaneous operation on the *same* grid structure. (*Id.*) Far from providing a motivation to combine, WO684 discloses a clear motivation for a PHOSITA to *avoid* using the robots of WO684 and NO366 together on the same grid by criticizing and teaching away from *any* use of the NO366 cantilever robots and by disclosing that its robot design will "solve, or at least substantially alleviate" the disadvantages of NO366 robots. (EX2015, ¶¶ 67-68; EX1005, 1:34-35.) A PHOSITA would understand from these disclosures that WO684's invention was designed to *replace* cantilever robots, not to be used with them. (EX2015, ¶ 71; *see* POR, Section VI.A.1.)

### C. The Combination of NO366 and WO684 Fails to Disclose or Suggest the Relative Height Limitation in Each of the Substitute Claims.

Independent Substitute Claims 21, 24 and 25 include the Relative Height limitation expressly, reciting that "the top side of the second housing [must be] taller than the top side of the first housing" and the same limitation is incorporated into the other dependent Substitute Claims. As the Board noted in its Institution Decision, neither NO366 nor WO684 expressly or inherently discloses the specific height of the robot, much less the relative height of one to the other, and a PHOSITA would have had no reason to modify the robot disclosed in WO684 to

make it taller than the cantilever robot of NO366. (*See* ID, 37-38; EX2015, ¶ 82; POR, Section VI.B.)

### D. WO684 Does Not Disclose the Lift Motor Location Limitation as Recited in Substitute Claims 19 and 22.

WO684 does not disclose a robot comprising a lift motor for lifting containers into the container receiving space of a cavity robot, as required by Substitute Claims 19 and 22. It thus cannot disclose or suggest the location of such a motor above the container receiving space. (*See* POR, Section VI.D.)

### E. WO684 Does Not Disclose a "Wheel Lift Motor That Is Configured to Push [a] Mechanical Connection to Lower the Third Plurality of Wheels," as Recited in Substitute Claims 19 and 20.

Substitute Claims 19 and 20 require that the motor for raising and lowering the wheels of the robot—called the "wheel lift motor" in Substitute Claims 19 and 20—must be (1) "operably connected to the third plurality of wheels via a mechanical connection" and (2) "configured to push the mechanical connection to lower the third plurality of wheels." A motor configured in this way is neither expressly nor inherently disclosed in WO684.

### F. Neither NO366 Nor WO684 Discloses a System "Wherein the [First/Second] Set of Rails Is Part of [the First/Second] Set of Tracks," as Recited in Substitute Claims 23 and 27.

Substitute Claims 23 and 27 require that each set of tracks be comprised of paired rails (*i.e.*, such that the system uses "double-rail tracks"). WO684 does not

expressly disclose this limitation, and there is no suggestion in the prior art to modify the rails and tracks of the WO684 grid to achieve double-rail tracks. (*See* POR, Section VI.E.)

### G. Neither WO684 Nor NO366 Discloses or Renders Obvious the Controller Computer Limitation of Substitute Claim 26.

Substitute Claim 26 requires using a computer, "separate from" the robots themselves, to "generat[e] signals" to cause both the cantilever and cavity robots to "move along the top side of the grid frame" and retrieve containers (the "Computer Controller" limitation"). NO366 discloses the use of a computer to control cantilever robots, while WO684 discloses the use of a computer to control cavity robots. (*See* EX1007, 4:14-21, 5:32-37; EX1005, 7:10-12.) But the references are entirely devoid of any disclosure of the use of a separate computer to control both types of robots operating alongside each other on the same grid, as required by Substitute Claim 26. (EX2015, ¶ 107.) Nor would a PHOSITA have a reasonable expectation of success in combining WO684 and NO366 to achieve the Computer Controller limitation. (EX2015, ¶ 108; *see* POR, Section VI.F.)

## XI. CONCLUSION

For the foregoing reasons, Patent Owner respectfully requests cancellation of original claims 5-8, 10-11, 14-15 and 18, entry of proposed substitute claims 19-27, and confirmation of their patentability.

Dated: January 23, 2023

Respectfully submitted,

*/s/ Stephen J. Elliott*

Stephen J. Elliott (Reg. No. 52,858)
elliotts@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-7446 (telephone)
212-291-9868 (facsimile)

*Lead Counsel for Patent Owner Ocado Innovation Limited*

## APPENDIX A
## LISTING OF SUBSTITUTE CLAIMS

Patent Owner presents the following non-contingent substitute claims. Pursuant to 37 C.F.R. 1.121(c)(2), strike-through/double brackets are used to indicate deleted text, and underlining for added text.

5-8. (Canceled)

10-11.(Canceled)

14-15. (Canceled)

18. (Cancelled)

19. (Proposed substitute for claim 5) The load handling system of claim 1,

wherein the third plurality of wheels is configured to raise and lower with respect to the fourth plurality of wheels to selectively engage the third plurality of wheels with the first set of rails or selectively engage the fourth plurality of wheels with the second set of rails, and [[the]] <u>a wheel</u> lift motor is configured to raise and lower the third plurality of wheels with respect to the fourth plurality of wheels<u>,</u>

<u>wherein the wheel lift motor is operably connected to the third plurality of wheels via a mechanical connection that is configured to extend along opposite sides of the container receiving space, and the wheel lift motor is configured to push the mechanical connection to lower the third plurality of wheels to engage with the first set of rails and to lift the fourth plurality of wheels from the second set of rails,</u>

wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side of the second housing, and

wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing.

20. (Proposed substitute for claim 6) The load handling system of claim [[5]] 21,

wherein the third plurality of wheels is configured to raise and lower with respect to the fourth plurality of wheels to selectively engage the third plurality of wheels with the first set of rails or selectively engage the fourth plurality of wheels with the second set of rails, and a wheel lift motor is configured to raise and lower the third plurality of wheels with respect to the fourth plurality of wheels,

wherein the wheel lift motor is operably connected to the third plurality of wheels via a mechanical connection that is configured to extend along opposite sides of the container receiving space, and the wheel lift motor is configured to push the mechanical connection to lower the third plurality of wheels to engage with the first set of rails and to lift the fourth plurality of wheels from the second set of rails, and

wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side of the second housing.

21. (Proposed substitute for claim 11) [[The]] A load handling system ~~of claim 1,~~ comprising:

a first load handling device comprising:

a first housing;

a first plurality of wheels configured to engage a first set of rails of a grid frame to guide movement of the first housing in a first direction along a top side of the grid frame, the grid frame comprising a three-dimensional storage structure configured to store a plurality of containers;

a second plurality of wheels configured to engage a second set of rails of the grid frame to guide movement of the first housing in a second direction perpendicular to the first direction along the top side of the grid frame, two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame; and

a crane device comprising a cantilever arm and a gripper plate, the cantilever arm extending laterally from a top side of the first housing, the gripper plate being configured to suspend from the cantilever arm and engage with a top side of a first container of the plurality of containers so the first load handling device can start to lift the first container from a stack of the

plurality of containers positioned within the three-dimensional storage structure, the first container being configured to fit between the two consecutive rails of the first set of rails and two consecutive rails of the second set of rails; and

a second load handling device comprising:

a second housing comprising two lateral sides, a front side, a back side, and a top side that together form part of an external structure that at least partly encloses an inner portion of the second housing,

wherein the top side of the second housing is taller than the top side of the first housing;

a third plurality of wheels configured to engage the first set of rails to guide movement of the second housing in the first direction along the top side of the grid frame;

a fourth plurality of wheels configured to engage the second set of rails to guide movement of the second housing in the second direction along the top side of the grid frame; and

a lifting device comprising a lift motor wherein the lifting device is configured to engage with a second container from a stack of the plurality of containers positioned within the three-dimensional storage structure so the second loading handing device can start to lift the second container from

the stack, and to lift the second container fully into a container receiving space in the inner portion of the second housing, the second container being of the same size as the first container,

wherein a housing footprint of the first load handling device encompasses both a footprint of the first housing and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing,

wherein, the first load handling device is further configured such that, when the first load handling device starts to lift the first container, the housing footprint of the first load handling device occupies the area of two adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when the second load handling device starts to lift the second container, the housing footprint of the second load handling device occupies less than the area of two adjacent grid spaces, and does not occupy any of the area of a third grid space, and

wherein the first direction is an X-direction, [[and]] the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-

direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing.

22. (Proposed substitute for claim 7) The load handling system of claim [[1]] 21, in combination with the grid frame, wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side of the second housing.

23. (Proposed substitute for claim 8) The load handling system of claim [[7]] 21, in combination with the plurality of containers, wherein the first set of rails is part of a first set of tracks, and the second set of rails is part of a second set of tracks, such that each set of tracks comprises paired rails.

24. (Proposed substitute for claim 10) [The] A load handling system ~~of claim 10,~~ comprising:

a first load handling device comprising:

a first housing;

a first plurality of wheels configured to engage a first set of rails of a grid frame to guide movement of the first housing in a first direction along a top side of the grid frame, the grid frame comprising a three-dimensional storage structure configured to store a plurality of containers;

a second plurality of wheels configured to engage a second set of rails of the grid frame to guide movement of the first housing in a second direction

perpendicular to the first direction along the top side of the grid frame, two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame; and

a crane device comprising a cantilever arm and a gripper plate, the cantilever arm extending laterally from a top side of the first housing, the gripper plate being configured to suspend from the cantilever arm and engage with a top side of a first container of the plurality of containers so the first load handling device can start to lift the first container from a stack of the plurality of containers positioned within the three-dimensional storage structure, the first container being configured to fit between the two consecutive rails of the first set of rails and two consecutive rails of the second set of rails; and

a second load handling device comprising:

a second housing comprising two lateral sides, a front side, a back side, and a top side that together form part of an external structure that at least partly encloses an inner portion of the second housing,

wherein the top side of the second housing is taller than the top side of the first housing;

a third plurality of wheels configured to engage the first set of rails to guide movement of the second housing in the first direction along the top side of the grid frame;

a fourth plurality of wheels configured to engage the second set of rails to guide movement of the second housing in the second direction along the top side of the grid frame; and

a lifting device comprising a lift motor wherein the lifting device is configured to engage with a second container from a stack of the plurality of containers positioned within the three-dimensional storage structure so the second loading handing device can start to lift the second container from the stack, and to lift the second container fully into a container receiving space in the inner portion of the second housing, the second container being of the same size as the first container,

wherein a housing footprint of the first load handling device encompasses both a footprint of the first housing and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing,

wherein the first load handling device is further configured such that, when the first load handling device starts to lift the first container, the housing footprint of the first load handling device occupies the area of two

adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when the second load handling device starts to lift the second container, the housing footprint of the second load handling device occupies the area of one grid space and no more than the area of one-half of an adjacent grid space, and does not occupy any of the area of a third grid space,

wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing, and

wherein the second housing has a cuboid shape.

25. (Proposed substitute for claim 14) [[The]] A method of ~~claim 13~~ operating a load handling system, the method comprising:

moving a first load handling device along a top side of a grid frame in a first direction using a first plurality of wheels of the first load handling device that are engaged with a first set of rails of the grid frame, the grid frame comprising a three-

dimensional storage structure in which a plurality of containers is configured to be stored;

moving the first load handling device along the top side of the grid frame in a second direction perpendicular to the first direction using a second plurality of wheels of the first load handling device that are engaged with a second set of rails of the grid frame, two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame;

suspending a gripper plate from a cantilever arm extending laterally from a top side of the first load handling device;

engaging the gripper plate with a top side of a first container of the plurality of containers, so the first load handling device can start to lift the first container from a stack of the plurality of containers positioned within the three-dimensional storage structure, the first container being configured to fit between the two consecutive rails of the first set of rails and the two consecutive rails of the second set of rails;

moving a second load handling device along the top side of the grid frame in the first direction using a third plurality of wheels of the second load handling device that are engaged with the first set of rails,

wherein an external structure of the second load handling device is formed in part by two lateral sides, a front side, a back side, and a top side of the second load

handling device that at least partly enclose an inner portion of the second load handling device,

moving the second load handling device along the top side of the grid frame in the second direction using a fourth plurality of wheels of the second load handling device that are engaged with the second set of rails; and

lifting, using a lift motor of the second load handling device, a second container from a stack of the plurality of containers positioned within the three-dimensional storage structure and fully into a container receiving space in the inner portion of the second load handling device, the second container being a common size as the first container, wherein the second load handling device is configured to engage with the second container to start to lift the second container from the stack of the plurality of containers,

wherein the top side of the second load handling device is taller than the top side of the first load handling device,

wherein a housing footprint of the first load handling device encompasses both a footprint of its top side and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing, and

wherein the first load handling device is further configured such that, when it starts to lift the first container, the housing footprint of the first load handling device

occupies the area of two adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when it starts to lift the second container, the housing footprint of the second load handling device occupies less than the area of two adjacent grid spaces, and does not occupy any of the area of a third grid space,

wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing, and

wherein the moving the first load handling device along the top side of the grid frame in the first direction comprises moving the first load handling device using a first pair of wheels of the first plurality of wheels and a second pair of wheels of the first plurality of wheels located on an opposite side of the first load handling device from the first pair of wheels, the first pair of wheels and the second pair of wheels being engaged with adjacent rails of the first set of rails.

26. (Proposed substitute for claim 15) The method of claim [[14]] 25, further comprising:

generating signals, using a computer separate from the first load handling device and the second load handling device, to cause the first load handling device and the second load handling device to move along the top side of the grid frame and retrieve the first container and the second container; and

transmitting the signals to the first load handling device and the second load handling device,

wherein the moving the first load handling device along the top side of the grid frame in the second direction comprises moving the first load handling device using a third pair of wheels of the second plurality of wheels and a fourth pair of wheels of the second plurality of wheels located on an opposite side of the first load handling device from the third pair of wheels, the third pair of wheels and the fourth pair of wheels being engaged with adjacent rails of the second set of rails.

27. (proposed substitute for claim 18) The method of claim [[13]] 25, wherein the first set of rails is part of a first set of tracks, and the second set of rails is part of a second set of tracks, such that each set of tracks comprises paired rails.

## APPENDIX B

| Limitation Identifier | Text of Claim Limitation | Support |
|---|---|---|
| **Substitute Claim 19** (Proposed Substitute for Claim 5) | | |
| [19A] | The load handling system of claim 1, wherein the third plurality of wheels is configured to raise and lower with respect to the fourth plurality of wheels to selectively engage the third plurality of wheels with the first set of rails or selectively engage the fourth plurality of wheels with the second set of rails, and a wheel lift motor is configured to raise and lower the third plurality of wheels with respect to the fourth plurality of wheels,<br><br>wherein the wheel lift motor is operably connected to the third plurality of wheels via a mechanical connection that is configured to extend along opposite sides of the container receiving space, and the wheel lift motor is configured to push the mechanical connection to lower the third plurality of wheels to engage with the first set of rails and to lift the fourth plurality of wheels from the second set of rails, | ’334 Application: [0031], [0032], [0034], [0042], [0068], [0076], Figures 8-12<br><br>GB313: 6:32-34, 7:28-35, 10:21-24, 11:35-12:6, 12:35-13:11, Figures 8-12 |
| [19B] | wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side of the second housing, and | ’334 Application: [0027]-[0030], [0035], [0041], [0056], [0057], [0059]-[0061], [0070], [0073], [0091], Figures 5, 6, 8, 9, 11, 12, claim 4<br><br>GB313: 6:1-9, 6:36-38, 7:21-24, 9:20-24, 9:30-35, 10:9-14, 10:34-37, 11:15-18, Figures 5, 6, |

| | | |
|---|---|---|
| | | 8, 9, 11, 12, |
| [19C] | wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing. | ’334 Application: [0024], [0026], [0030], [0032], [0044], [0049], [0056]-[0058], [0065]-[0069], [0072], [0087], Figures 5-7, 17<br><br>GB313: 5:20-29, 5:34-39, 6:6-15, 6:26-27, 7:39-8:2, 8:26-29, 8:32-34, 9:20-35, 10:26-11:2, 11:9-12, 12:11-15, Figure 6 |
| **Substitute Claim 20** (Proposed Substitute for Claim 6) | | |
| [20A] | The load handling system of claim 21, wherein the third plurality of wheels is configured to raise and lower with respect to the fourth plurality of wheels to selectively engage the third plurality of wheels with the first set of rails or selectively engage the fourth plurality of wheels with the second set of rails, and a wheel lift motor is configured to raise and lower the third plurality of wheels with respect to the fourth plurality of wheels,<br><br>wherein the wheel lift motor is operably connected to the third plurality of wheels via a mechanical connection that is configured to extend along opposite sides of the container receiving space, and the wheel lift motor is configured to push the mechanical connection to lower the third plurality of wheels to engage with the first set of rails and to lift the fourth plurality of wheels from the second set of rails, and | *See* [19A] |
| [20B] | wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side | *See* [19B] |

| | | |
|---|---|---|
| | of the second housing. | |
| | **Substitute Claim 21** (Proposed Substitute for Claim 11) | |
| [21A] | A load handling system comprising: | '334 Application: Abstract, [0044]-[0050], [0058], [0071], [0072], claim 1, Figures 1, 7<br><br>GB313: 5:15-29, 7:39-8:37, 9:20-28, 10:20-21, 11:3-13, Figure 7 |
| [21B] | a first load handling device comprising: a first housing; | '334 Application: [0013]-[0016], [0030], [0049], [0051]-[0054], [0058], [0071], [0072], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:21-23, 3:35-39, 6:10-15, 8:26-34, 9:3-14, 9:26-28, 11:3-13, 13:32-33, Figures 3-4, 7 |
| [21C] | a first plurality of wheels configured to engage a first set of rails of a grid frame to guide movement of the first housing in a first direction along a top side of the grid frame, | '334 Application: [0012]-[0015], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:12-29, 3:35-38, 9:3-14, 9:26-28, 13:32-33, Figures 3-4, 7 |
| [21D] | the grid frame comprising a three-dimensional storage structure configured to store a plurality of containers; | '334 Application: [0011]-[0013], [0026]-[0027], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:4-29, 6:17-20, 9:3-14, 9:26-28, Figures 3-4, 7 |

| | | |
|---|---|---|
| [21E] | a second plurality of wheels configured to engage a second set of rails of the grid frame to guide movement of the first housing in a second direction perpendicular to the first direction along the top side of the grid frame, | ’334 Application: [0012]-[0015], [0051]-[0054], [0058], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 3:26-33, 9:3-14, 9:26-28, Figures 1, 3-4, 7 |
| [21F] | two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame; and | ’334 Application: [0010]-[0013], [0027], [0045], [0051], [0054], [0058], Figures 1, 4, 7, claims 1, 13<br><br>GB313: 2:36-33, 3:4-33, 9:3-14, 9:26-28, Figures 1, 4, 7 |
| [21G] | a crane device comprising a cantilever arm and a gripper plate, the cantilever arm extending laterally from a top side of the first housing, the gripper plate being configured to suspend from the cantilever arm and engage with a top side of a first container of the plurality of containers so the first load handling device can start to lift the first container from a stack of the plurality of containers positioned within the three-dimensional storage structure, | ’334 Application: [0016]-[0018], [0053], [0072], [0091], Figures 3-4, 7, claims 1, 13<br><br>GB313: 4:4-29, 9:8-10, 11:9-13, Figures 3, 5, 6(a), 6(b)<br><br>NO366 (EX1007) (incorporated by reference (’334 Application, [0013]; GB313, 3:21-32)): 4:33-36, 6:7-9, Figures 1-5 |
| [21H] | the first container being configured to fit between the two consecutive rails of the first set of rails and two consecutive rails of the second set of rails; and | ’334 Application: [0011], [0045], [0051], [0054], [0058], Figures 1, 4, 7, claims 1, 13<br><br>GB313: 3:8-10, 9:3-4, 9:12-14, 9:26-28, |

| | | |
|---|---|---|
| | | Figures 1, 3, 4, 7 |
| [21I] | a second load handling device comprising: a second housing comprising two lateral sides, a front side, a back side, and a top side that together form part of an external structure that at least partly encloses an inner portion of the second housing, | '334 Application: [0026], [0028], [0029], [0041], [0042], [0066]-[0071], [0087], [0088], [0091], Figures 5-7, 17, claims 1, 13<br><br>GB313: 5:35-39, 6:1-15, 7:21-35, 9:20-28, 10:9-11:7, Figures 5, 6(a), 6(b), 7 |
| [21J] | wherein the top side of the second housing is taller than the top side of the first housing; | '334 Application: [0030], [0071], Figure 3, 5-9, 11, 12, claim 1<br><br>GB313: 6:6-9, 11:3-7, Figure 3, 5-9, 11, 12 |
| [21K] | a third plurality of wheels configured to engage the first set of rails to guide movement of the second housing in the first direction along the top side of the grid frame; a fourth plurality of wheels configured to engage the second set of rails to guide movement of the second housing in the second direction along the top side of the grid frame; and | '334 Application: [0027], [0031]-[0034], [0041], [0042], [0056]-[0061], [0065], [0068], [0069], [0073]-[0090], Figures 5, 6, 8, 9, 11, 12, 14-17, claims 1, 13<br><br>GB313: 6:17-34, 7:24-35, 9:20-10:5, 10:19-32, 11:15-12:2.12:24-13:19, Figures 5, 6, 8, 9, 11, 12, 14-16 |
| [21L] | a lifting device comprising a lift motor wherein the lifting device is configured to engage with a second container from a stack of the plurality of containers positioned within the three-dimensional storage structure so the second loading handling device can start to lift the second container from the stack, and to lift the second container fully into a container receiving | '334 Application: Abstract, [0026]-[0028], [0035]-[0037], [0039]-[0041], [0045]-[0049], [0056], [0057], [0060], [0066], [0069], [0073], [0078], [0088], [0089], Figures 5-9, 11, 12, claims 1, 13 |

| | | |
|---|---|---|
| | space in the inner portion of the second housing, the second container being of the same size as the first container, | GB313: 5:35-38, 6:1-4, 6:36-7:24, 8:6-34, 9:20-24, 9:33, 10:27-29, 11:15-18, 12:11-15, 13:26-30, Figures 5-8, 11, 12 |
| [21M] | wherein a housing footprint of the first load handling device encompasses both a footprint of the first housing and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing,<br><br>wherein the first load handling device is further configured such that, when the first load handling device starts to lift the first container, the housing footprint of the first load handling device occupies the area of two adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when the second load handling device starts to lift the second container, the housing footprint of the second load handling device occupies less than the area of two adjacent grid spaces, and does not occupy any of the area of a third grid space, and | ’334 Application: Abstract, [0013]-[0014], [0016], [0018], [0024]-[0026], [0027], [0030], [0044]-[0046], [0049], [0058]-[0061], [0071], Figures 2-9, 11, 12, claims 1, 13<br><br>GB313: 5:20-31, 5:38-39, 6:6-15, 7:40-8:2, 8:26-34, 9:26-35, 10:39-11:7, Figures 3-9, 11, 12<br><br>NO366 (EX1007) (incorporated by reference (’334 Application, [0013])): 2:30-31 |
| [21N] | wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second | *See* [19C] |

| | | |
|---|---|---|
| | housing. | |
| **Substitute Claim 22** (Proposed Substitute for Claim 7) | | |
| [22A] | The load handling system of claim 21, in combination with the grid frame, | '334 Application: [0024], [0049], [0058], [0071], [0091], Figure 7, claims 1, 7, 13<br><br>GB313: 5:20-29, 8:26-34, 9:26-28, 11:3-7, 13:32-33, Figure 7 |
| [22B] | wherein the lift motor is positioned in the inner portion of the second housing between the container receiving space and the top side of the second housing. | *See* [19B] |
| **Substitute Claim 23** (Proposed Substitute for Claim 8) | | |
| [23A] | The load handling system of claim 21, in combination with the plurality of containers, | '334 Application: [0024], [0044], [0049], [0058], [0071], [0091], Figure 7, claims 1, 7, 8, 13<br><br>GB313: 5:20-29, 7:39-40, 8:26-34, 9:26-28, 11:3-7, 13:32-33, Figure 7 |
| [23B] | wherein the first set of rails is part of a first set of tracks, and the second set of rails is part of a second set of tracks, such that each set of tracks comprises paired rails. | '334 Application: Abstract, [0027], [0031], [0042], [0045], [0068], [0076], [0085], [0090], Figures 7-12, Claims 9, 18<br><br>GB313: 7:28-35, 10:19-29, 11:35-12:6, 13:13-19, Figures 8-12 |
| **Substitute Claim 24** (Proposed Substitute for Claim 10) | | |
| [24A] | A load handling system comprising: | *See* [21A] |
| [24B] | a first load handling device comprising: a first housing; | *See* [21B] |

| | | |
|---|---|---|
| [24C] | a first plurality of wheels configured to engage a first set of rails of a grid frame to guide movement of the first housing in a first direction along a top side of the grid frame, | *See* [21C] |
| [24D] | the grid frame comprising a three-dimensional storage structure configured to store a plurality of containers; | *See* [21D] |
| [24E] | a second plurality of wheels configured to engage a second set of rails of the grid frame to guide movement of the first housing in a second direction perpendicular to the first direction along the top side of the grid frame, | *See* [21D] |
| [24F] | two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame; and | *See* [21F] |
| [24G] | a crane device comprising a cantilever arm and a gripper plate, the cantilever arm extending laterally from a top side of the first housing, the gripper plate being configured to suspend from the cantilever arm and engage with a top side of a first container of the plurality of containers so the first load handling device can start to lift the first container from a stack of the plurality of containers positioned within the three-dimensional storage structure, | *See* [21G] |
| [24H] | the first container being configured to fit between the two consecutive rails of the first set of rails and the two consecutive rails of the second set of rails; and | *See* [21H] |
| [24I] | a second load handling device comprising: a second housing comprising two lateral sides, a front side, a back side, and a top side that together form part of an external structure that at least partly encloses an inner portion of the second housing, | *See* [21I] |
| [24J] | wherein the top side of the second housing is taller than the top side of the first housing; | *See* [21J] |

| | | |
|---|---|---|
| [24K] | a third plurality of wheels configured to engage the first set of rails to guide movement of the second housing in the first direction along the top side of the grid frame; a fourth plurality of wheels configured to engage the second set of rails to guide movement of the second housing in the second direction along the top side of the grid frame; and | *See* [21K] |
| [24L] | a lifting device comprising a lift motor wherein the lifting device is configured to engage with a second container from a stack of the plurality of containers positioned within the three-dimensional storage structure so the second loading handing device can start to lift the second container from the stack, and to lift the second container fully into a container receiving space in the inner portion of the second housing, the second container being of the same size as the first container, | *See* [21L] |
| [24M] | wherein a housing footprint of the first load handling device encompasses both a footprint of the first housing and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing,<br>wherein the first load handling device is further configured such that, when the first load handling device starts to lift the first container, the housing footprint of the first load handling device occupies the area of two adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when the second load handling device starts to lift the second container, the housing footprint of the second load handling device occupies the | *See* [21M] |

| | | |
|---|---|---|
| | area of one grid space and no more than the area of one-half of an adjacent grid space, and does not occupy any of the area of a third grid space, | |
| [24N] | wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing, and | *See* [21N] |
| [24O] | wherein the second housing has a cuboid shape. | '334 Application: Figures 5-7, 10, 14-17<br><br>GB313: Figures 5-8, 11, 12 |
| **Substitute Claim 25** (Proposed Substitute for Claim 14) | | |
| [25A] | A method of operating a load handling system, the method comprising: | '334 Application: [0049], [0058], [0071], [0072], Figure 7, claim 13<br><br>GB313: 8:26-29, 8:29-34, 9:26-28, 11:3-7, 11:9-13, Figure 7 |
| [25B] | moving a first load handling device along a top side of a grid frame in a first direction using a first plurality of wheels of the first load handling device that are engaged with a first set of rails of the grid frame, the grid frame comprising a three-dimensional storage structure in which a plurality of containers is configured to be stored; | *See* [21C], [21D] |
| [25C] | moving the first load handling device along the top side of the grid frame in a second direction perpendicular to the first direction | *See* [21E], [21F] |

| | | |
|---|---|---|
| | using a second plurality of wheels of the first load handling device that are engaged with a second set of rails of the grid frame, two consecutive rails of the first set of rails and two consecutive rails of the second set of rails defining a grid space for the grid frame; | |
| [25D] | suspending a gripper plate from a cantilever arm extending laterally from a top side of the first load handling device;<br><br>engaging the gripper plate with a top side of a first container of the plurality of containers, so the first load handling device can start to lift the first container from a stack of the plurality of containers positioned within the three-dimensional storage structure, the first container being configured to fit between the two consecutive rails of the first set of rails and the two consecutive rails of the second set of rails; | *See* 21[G] |
| [25E] | moving a second load handling device along the top side of the grid frame in the first direction using a third plurality of wheels of the second load handling device that are engaged with the first set of rails, | *See* [21K] |
| [25F] | wherein an external structure of the second load handling device is formed in part by two lateral sides, a front side, a back side, and a top side of the second load handling device that at least partly enclose an inner portion of the second load handling device, | *See* [21I] |
| [25H] | moving the second load handling device along the top side of the grid frame in the second direction using a fourth plurality of wheels of the second load handling device that are engaged with the second set of rails; and | *See* [21K] |
| [25I] | lifting, using a lift motor of the second load handling device, a second container from a stack of the plurality of containers positioned | *See* [21L] |

| | | |
|---|---|---|
| | within the three-dimensional storage structure and fully into a container receiving space in the inner portion of the second load handling device, the second container being a common size as the first container, wherein the second load handling device is configured to engage with the second container to start to lift the second container from the stack of the plurality of containers, | |
| [25J] | wherein the top side of the second load handling device is taller than the top side of the first load handling device, | '334 Application: [0030], [0071], Figure 3, 5-9, 11, 12, claim 1<br><br>GB313: 6:6-9, 11:6-7, Figure 3, 5-9, 11, 12 |
| [25K] | wherein a housing footprint of the first load handling device encompasses both a footprint of its top side and a footprint of the cantilever arm, and a housing footprint of the second load handling device encompasses a footprint of the second housing, and<br><br>wherein the first load handling device is further configured such that, when it starts to lift the first container, the housing footprint of the first load handling device occupies the area of two adjacent grid spaces and does not occupy any of the area of a third grid space, and the second load handling device is further configured such that, when it starts to lift the second container, the housing footprint of the second load handling device occupies less than the area of two adjacent grid spaces, and does not occupy any of the area of a third grid space, | *See* [21M] |
| [25L] | wherein the first direction is an X-direction, the second direction is a Y-direction, a side of the second housing facing the Y-direction extends no further, in the Y-direction, than a pair of wheels of the fourth plurality of | *See* [19C] |

| | | |
|---|---|---|
| | wheels on that side of the second housing, and a side of the second housing facing the X-direction extends no further, in the X-direction, than a pair of wheels of the third plurality of wheels on that side of the second housing, and | |
| [25M] | wherein the moving the first load handling device along the top side of the grid frame in the first direction comprises moving the first load handling device using a first pair of wheels of the first plurality of wheels and a second pair of wheels of the first plurality of wheels located on an opposite side of the first load handling device from the first pair of wheels, the first pair of wheels and the second pair of wheels being engaged with adjacent rails of the first set of rails. | ’334 Application: [0012], [0014], [0015], [0031], [0041], [0042], [0068], [0069], [0091], Figures 3-9, 11, 12, 14-17, claims 1, 13<br><br>GB313: 3:13-19, 3:30-31, 3:38-4:2, 6:17-24, 7:21-26, 7:28-30, 10:19-24, 10:26-27, Figures 3-9, 11, 12 |
| **Substitute Claim 26** (Proposed Substitute for Claim 15) | | |
| [26A] | The method of claim 25, further comprising: generating signals, using a computer separate from the first load handling device and the second load handling device, to cause the first load handling device and the second load handling device to move along the top side of the grid frame and retrieve the first container and the second container; and transmitting the signals to the first load handling device and the second load handling device, | ’334 Application: [0021], [0028], [0070], [0073], [0091] Figures 5, 17<br><br>GB313: 4:14-16, 5:5-7, 6:1-4, 9:23-24, 10:34-37, 11:19-21, Figure 6(c) |
| [26B] | wherein the moving the second load handling device along the top side of the grid frame in the second direction comprises moving the second load handling device using a third pair of wheels of the second plurality of wheels and a fourth pair of wheels of the second plurality of wheels located on an opposite side of the second load handling device from the third pair of | ’334 Application: [0014]-[0018], [0026]-[0027], [0031]-[0032], [0041]-[0042], [0076]-[0077], [0091], Figures 3-9, 11, 12, Claims 1, 13, 15, 17<br><br>GB313: 3:13-19, 3:30- |

| | | |
|---|---|---|
| | wheels, the third pair of wheels and the fourth pair of wheels being engaged with adjacent rails of the second set of rails. | 31, 3:38-4:2, 6:17-24, 7:18-30, 10:19-27, 11:19-21, Figure 3-9, 11, 12, 14 |
| **Substitute Claim 27** (Proposed Substitute for Claim 18) | | |
| [27] | The method of claim 25, wherein the first set of rails is part of a first set of tracks, and the second set of rails is part of a second set of tracks, such that each set of tracks comprises paired rails. | *See* [23] |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2023, a complete copy of the foregoing Patent Owner's Motion to Amend, and all exhibits filed therewith, was electronically mailed to counsel of record for Petitioner at the following address:

AutoStore_PTAB@kirkland.com

Dated: January 23, 2023

Respectfully submitted,

*/s/ Stephen J. Elliott*

Stephen J. Elliott (Reg. No. 52,858)
elliotts@sullcrom.com
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-7446 (telephone)
212-291-9868 (facsimile)

*Lead Counsel for Patent Owner*
*Ocado Innovation Limited*