# Exhibit 3

# AutoStore's Claim Construction Presentation

*Ocado Innovation Ltd., et al. v. AutoStore AS, Inc., et al.*

No. 1:21-cv-00041-JL

September 29, 2022

602/051 - 1

# Parties' Disagreement

### AutoStore's
### Proposed Construction



Housing
Footprint

### Ocado's
### Proposed Construction



Housing
Footprint

602/051 - 39