**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| OCADO INNOVATION LTD. and<br>OCADO SOLUTIONS LTD., )<br><br>Plaintiffs, )<br>v. )<br><br>AUTOSTORE AS and<br>AUTOSTORE SYSTEM INC., )<br><br>Defendants. ) | Case No. 1:21-cv-00041-JL<br><br>**Hon. Joseph N. Laplante** |

**OCADO'S RESPONSE TO AUTOSTORE'S
<u>NOTICE OF SUPPLEMENTAL AUTHORITY  (DKT. NO. 169)</u>**

On February 2, AutoStore filed a "notice of supplemental authority" (Dkt. No. 169 at 1-3) with claim construction argument relating to Ocado's recent motion to amend certain claims of U.S. Patent No. 10,961,051 during ongoing *inter partes* review proceedings ("IPR").  A motion to amend in IPR is not a "concession" or indication that there is merit to the challenger's position.

Indeed, a motion to amend is a routine part of the IPR process, particularly when an adverse party raises issues that could give rise to invalidity challenges.  *See* 35 U.S.C. § 316(d); 37 C.F.R. § 42.121; *see Am. Nat'l Mfg. Inc.* v. *Sleep Number Corp.*, 52 F.4th 1371, 1381 (Fed. Cir. 2022) (confirming a patent owner may file a motion to amend during IPR to "address[] perceived §§ 101 and 112 issues").  Ocado's motion in IPR would moot multiple AutoStore arguments and does no more than make plain that AutoStore misreads the claims and specification.  Ocado's motion was routine and, respectfully, says nothing about the claim construction issues before the Court.

-2-

Date:  February 3, 2023

Respectfully submitted,

*/s/ Henry C. Quillen*

Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel:  (603) 294-1591
Fax:  (800) 922-4851
Email:  hquillen@whatleykallas.com


Garrard R. Beeney
Marc De Leeuw
Dustin F. Guzior
Stephen J. Elliott
Laurie N. Stempler
Alexander N. Gross
Mark C. Bennett
Michael T. Lemanski
Austin P. Mayron
Navraj S. Dhillon
*Admitted pro hac vice*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Email:  Ocado_DNH@sullcrom.com

*Counsel for Plaintiffs Ocado Innovation Ltd.*
*and Ocado Solutions Ltd.*