## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD., <br><br> Plaintiffs, <br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br> Defendants. | ) ) ) ) Case No. 1:21-cv-00041-JL ) ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

### AFFIDAVIT OF ELIZA BEENEY
### IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Per Local Rule 83.2(b)(1), Eliza Beeney, being first duly sworn, deposes and states:

1.      I am an associate at the law firm of McKool Smith P.C., One Manhattan West, 395 9th Avenue, 50th Floor, New York, New York 10001.   My telephone number is (212) 402-9400.

2.      I was admitted to practice in the following courts on the dates shown:  State of New York (2017); United States Court of Appeals, Federal Circuit (2022); United States District Court, Southern District of New York (2020), Eastern District of Texas (2022), Southern District of Texas (2020).

3.      I am an attorney of good standing and am eligible to practice law in all of the courts listed in paragraph 2 above.

4.      I am not currently, and never have been, disbarred or suspended in any jurisdiction.

5.      I am not aware of any previously imposed or pending disciplinary matters involving me.

6.      I have no prior felony or misdemeanor convictions.

7.      I have no prior denials or revocations of *pro hac vice* in any court.

Further affiant sayeth naught.

Dated:  May 25 2023

_Eliza Beeney_
Eliza Beeney

STATE OF NEW YORK        )
COUNTY OF NEW YORK       )

Signed and sworn to (or affirmed) before me on May 25, 2023, by Eliza Beeney.

Dated:  May 25, 2023

_Angelica G. devine_
NOTARY PUBLIC
Name: _Angelica G. Devine_
My Commission Expires: _2/16/2024_

ANGELICA G. DEVINE
Notary Public, State of New York
No. 01DE6336950
Qualified in New York & Rockland County
Commission Expires 02/16/ _2024_