**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD., <br><br> Plaintiffs, <br> v. <br><br> AUTOSTORE AS and AUTOSTORE SYSTEM INC., <br><br><br> Defendants. | Case No. 21 Civ. 41 <br><br><br> **Hon. Joseph N. Laplante** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and subject to the parties' confidential settlement agreement dated July 22, 2023, Plaintiffs Ocado Innovation Ltd. and Ocado Solutions Ltd. and Defendants AutoStore AS and AutoStore System Inc. hereby stipulate and agree to dismissal of the above-captioned action with prejudice. Each party will bear its own costs and fees in this action.

DATED:  July 26, 2023

| | |
|---|---|
| OCADO INNOVATION LTD. AND OCADO SOLUTIONS LTD. | AUTOSTORE AS AND AUTOSTORE SYSTEM INC. |

By their attorneys,

By their attorneys,

 /s/ Henry C. Quillen

 /s/ Robert R. Lucic

Henry C. Quillen (NH Bar #265420)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Telephone:  (603) 294-1591
Facsimile:   (800) 922-4851
hquillen@whatleykallas.com

Garrard R. Beeney (admitted *pro hac vice*)
Marc De Leeuw (admitted *pro hac vice*)
Dustin F. Guzior (admitted *pro hac vice*)
Stephen J. Elliott (admitted *pro hac vice*)
Laurie Stempler (admitted *pro hac vice*)
Alexander N. Gross (admitted *pro hac vice*)
Mark C. Bennett (admitted *pro hac vice*)
Austin P. Mayron (admitted *pro hac vice*)
Michael T. Lemanski (admitted *pro hac vice*)
Navraj S. Dhillon (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588
Ocado_DNH@sullcrom.com

Eliza Beeney (admitted *pro hac vice*)
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, New York  10001
Telephone:  (212) 450-4000
ebeeney@mckoolsmith.com

Robert R. Lucic (NH Bar #9062)
Bryanna K. Devonshire (NH Bar #269462)
Michael J. Lambert (NH Bar # 11310)
Abbygale S. Martinen (NH Bar #272938)
SHEEHAN PHINNEY BASS & GREEN PA
100 Elm Street, PO Box 3701
Manchester, NH  03105
Telephone:  (603) 627-8188
rlucic@sheehan.com
bdevonshire@sheehan.com
mlambert@sheehan.com
amartinen@sheehan.com

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
Karthik Ravishankar (admitted *pro hac vice*)
Sophia Lee (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:   (202) 389-5000
glocascio@kirkland.com

Josepha A. Loy, P.C. (admitted *pro hac vice*)
Nathaniel L. DeLucia (admitted *pro hac vice*)
Matthew Hershkowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:   (212) 446-4800
jloy@kirkland.com
nathaniel.delucia@kirkland.com
matt.hershkowitz@kirkland.com

Ali-Reza Boloori (admitted *pro hac vice*)
Joshua Glucoft (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California  90067
Telephone:   (310) 552-4200
Facsimile:    (310) 552-5900
ali-reza.boloori@kirkland.com
josh.glucoft@kirkland.com

Kristina R. Cary (admitted *pro hac vice*)
Tiffany Knapp (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, Massachusetts  02116
Telephone:   (617) 385-7500
kristina.cary@kirkland.com
tiffany.knapp@kirkland.com